IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HUMAN GENOME SCIENCES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | C.A. No. 07-780 (***) |
| AMGEN INC. and IMMUNEX CORP., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, this matter is an appeal from an interference proceeding before the Board of Patent Appeals and Interferences pursuant to 35 U.S.C. § 146;

WHEREAS, plaintiff Human Genome Science, Inc. ("Plaintiff") served a Complaint and defendants Immunex Corp. and Amgen Inc. ("Defendants") current response date to the Complaint is December 20, 2007; and

WHEREAS, no previous extension has been sought or granted.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants, subject to the approval of the Court, and to allow Defendants more time to prepare a response, that the time for Defendants to answer, cross-appeal, move, or otherwise respond to the Complaint, shall be extended through and including January 16, 2008.

| ASHBY & GEDDES | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ John G. Day* | */s/ Melanie K. Sharp* |
| Steven J. Balick (No. 2114)<br>John G. Day (No. 2403)<br>Lauren E. Maguire (No. 4261)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>jday@ashby-geddes.com<br><br>Richard L. DeLucia<br>John R. Kenny<br>A. Antony Pfeffer<br>Kenyon & Kenyon<br>One Broadway<br>New York, NY 10004-1050<br>rdelucia@kenyon.com | Melanie K. Sharp (No. 2501)<br>Chad S.C. Stover (No. 4919)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>P.O. Box 391<br>Wilmington, Delaware 19899-0391<br>(302) 571-6681<br>msharp@ycst.com<br><br>Michael J. Wise<br>Lauren Sliger<br>PERKINS COIE LLP<br>1620 – 26th Street<br>Sixth Floor, South Tower<br>Santa Monica, CA 90404-4013<br>(310) 788-3210<br>mwise@perkinscoie.com |
| *Attorneys for Plaintiff*<br>*Human Genome Sciences, Inc.* | *Attorneys for Defendants Amgen, Inc. and Immunex Corporation* |

SO ORDERED this _____ day of _____, 2007.

_____
U.S.M.J.