IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HUMAN GENOME SCIENCES, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Civil Action No. 07-780 (***) |
| AMGEN, INC. and IMMUNEX CORP., | ) ) |
| Defendants | ) ) ) |

**DEFENDANT'S MOTION TO DISMISS COMPLAINT WITH PREJUDICE PURSUANT TO RULE 12(b)(1) FOR LACK OF SUBJECT MATTER JURISDICTION AND RULE 12(b)(6) FOR FAILURE TO STATE A CLAIM**

Defendants Amgen Inc. and Immunex Corp. (collectively, "Defendants") respectfully move this Court to dismiss with prejudice Plaintiff Human Genome Sciences, Inc.'s Complaint against Defendants pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction or Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted. The grounds for this motion are fully set forth in Defendants' Opening Brief in support of Motion to Dismiss Complaint With Prejudice Pursuant to Rule 12(b)(1) for Lack of Subject Matter Jurisdiction and Rule 12(b)(6) for Failure to State a Claim and supporting Declaration of Chad S.C. Stover, filed contemporaneously herewith, and materials on file in this action.

WHEREFORE, Defendants Amgen Inc. and Immunex Corp. respectfully request this Court to grant its motion and to enter an order in the form attached hereto.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Melanie K. Sharp (No. 2501)
Chad S.C. Stover (No. 4919)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6681
msharp@ycst.com

Michael J. Wise
Lauren Sliger
PERKINS COIE LLP
1620 – 26th Street
Sixth Floor, South Tower
Santa Monica, CA 90404-4013
(310) 788-3210

*Attorneys for Defendants Amgen, Inc. and Immunex Corporation*

Dated: January 16, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HUMAN GENOME SCIENCES, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| AMGEN, INC. and IMMUNEX CORP., | ) Civil Action No. 07-780 (***) ) |
| Defendants | ) ) ) ) |

## ORDER

At Wilmington this ___ day of _____, 2008, having considered Defendants Amgen Inc. and Immunex Corp.'s Motion to Dismiss with Prejudice, and the parties' arguments in support of and opposition to the motion,

IT IS HEREBY ORDERED that Defendants Amgen Inc. and Immunex Corp.'s Motion to Dismiss Complaint with Prejudice Pursuant to Rule 12(b)(1) for Lack of Subject Matter Jurisdiction and Rule 12(b)(6) for Failure to State a Claim is GRANTED.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I, Chad S.C. Stover, Esquire, hereby certify that on January 16, 2008, I caused to be electronically filed a true and correct copy of Defendant's Motion to Dismiss Complaint With Prejudice Pursuant to Rule 12(b)(1) for Lack of Subject Matter Jurisdiction and Rule 12(b)(6) for Failure to State a Claim with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

John G. Day
Steven J. Balick
Lauren E. Maguire
Ashby & Geddes
500 Delaware Ave, 8th Fl.
Wilmington, DE 19801

I further certify that on January 16, 2008, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated.

**BY E-MAIL (agreement of counsel):**
Richard L. DeLucia
John R. Kenny
A. Antony Pfeffer
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004

_____
Chad S.C. Stover (No. 4919)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-5018
cstover@ycst.com