IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HUMAN GENOME SCIENCES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMGEN, INC. and IMMUNEX CORP., ) <br> ) <br> Defendants ) | Civil Action No. 07-780 (***) |

## ORDER

IT IS HEREBY ORDERED this _31_ day of _January_____, 2008, that a teleconference with Magistrate Judge Thynge will occur on Monday, March 17, 2008 at 11 a.m. to discuss the ruling on the scope of discovery letter briefs and to determine a schedule in this matter. Defendants Amgen Inc. and Immunex Corp. will initiate the teleconference.

_[signature]_
United States Magistrate Judge