IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HUMAN GENOME SCIENCES, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMGEN INC. and IMMUNEX CORP., <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 07-780-SLR <br> ) <br> ) <br> ) <br> ) |

## STIPULATION AND ORDER

The parties stipulate and agree, subject to the approval and Order of the Court, that plaintiff shall serve and file its answering brief in opposition to defendants' motion to dismiss (D.I. 8) on or before Monday February 11, 2008, and defendants shall serve and file their reply brief in support of their motion to dismiss on or before Friday February 29, 2008.

| ASHBY & GEDDES | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ *John G. Day* | /s/ *Chad S. C. Stover* |
| Steven J. Balick (I.D. #2114) <br> John G. Day (I.D. #2403) <br> Tiffany Geyer Lydon (I.D. #3950) <br> 500 Delaware Avenue, 8th Floor <br> P.O. Box 1150 <br> Wilmington, DE 19899 <br> (302) 654-1888 <br> sbalick@ashby-geddes.com <br> jday@ashby-geddes.com <br> tlydon@ashby-geddes.com | Melanie K. Sharp (I.D. #2501) <br> Chad S.C. Stover (I.D. #4919) <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> P.O. Box 391 <br> Wilmington, DE 19899 <br> (302) 571-6600 <br> msharp@ycst.com <br> cstover@ycst.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

SO ORDERED this _____ day of February, 2008.

_____
United States Magistrate Judge