IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HUMAN GENOME SCIENCES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.    ) | Civ. No. 07-780-SLR |
| ) | |
| IMMUNEX CORP., et al, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

At Wilmington this ___ day of February, 2008,

IT IS ORDERED that oral argument shall be conducted on **Friday, March 7, 2008** on the pending motion to dismiss (D.I. 8), commencing at **12:10 p.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware. Each side shall have twenty (20) minutes to present argument.

_____
United States District Judge