IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HUMAN GENOME SCIENCES, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 07-780 (SLR) |
| AMGEN, INC. and IMMUNEX CORP., | ) ) | |
| Defendants | ) ) ) | |

**DECLARATION OF MELANIE K. SHARP, ESQUIRE.**

I, Melanie K. Sharp, declare as follows:

1.    I am an attorney with Young Conaway Stargatt & Taylor, LLP, counsel for Defendants Amgen, Inc. and Immunex Corp. I make this declaration in support of Defendants' Reply Brief in support of their Motion to Dismiss Complaint With Prejudice Pursuant to Rule 12(b)(1) and Rule 12(b)(6).

2.    Attached hereto as Exhibit A is a true and correct copy of the Human Genome Sciences' priority statement filed in Interference No. 105,240.

3.    Attached hereto as Exhibit B is a true and correct copy of §§88 and 89 of Interference Practice by Charles W. Rivise (1932).

4.    Attached hereto as Exhibit C is a true and correct copy of an exhibit attached to the complaint in Enzo Therapeutics, Inc. v. Yeda Research and Development Co., Civil Action No. 2:06cv377, Eastern District of Virginia, represented as Enzo/Sehgal's request for adverse judgment in Interference No. 105,293, Sehgal v. Revel.

5.    Attached hereto as Exhibit D is a true and correct copy of the Board's Miscellaneous Order in Interference No. 105,293, Paper 120, addressing Sehgal's request for adverse judgment.

6.    Attached hereto as Exhibit E is a true and correct copy of the Board's Decision on Preliminary Motions, including an Order to Show Cause (page 21), Paper 43, in Interference No. 104,193, Okajima v. Bourdeau.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed this 29th day of February, 2008, at Wilmington, Delaware.

*/s/ Melanie K. Sharp*
_____
Melanie K. Sharp

# EXHIBIT A

Paper _____

Filed on behalf of : Party Ni
By: Jorge A. Goldstein, Esq.
 Eldora L. Ellison, Esq.
 Sterne, Kessler, Goldstein & Fox, P.L.L.C.
 1100 New York Avenue, NW
 Washington, D.C. 20005-3934
 Tel:  (202) 371-2600
 Fax:  (202) 371-2540

# UNITED STATES PATENT AND TRADEMARK OFFICE

## BEFORE THE BOARD OF PATENT APPEALS
## AND INTERFERENCES
(Administrative Patent Judge Richard E. Schafer)

Human Genome Sciences, Inc.
Junior Party
(Patent 6,872,568;
Inventors: Jian Ni, Reiner L. Gentz, Guo-Liang Yu, Craig A. Rosen),

v.

Immunex Corp.
Senior Party
(Application 09/378,045;
Inventors: Charles Rauch, Henning Walczak).

Patent Interference No. 105,240 (RES)

## NI PRIORITY STATEMENT

- 1 -

**NI PRIORITY STATEMENT**
Patent Interference No. 105,240

MAIL STOP INTERFERENCE
Board of Patent Appeals and Interferences
U.S. Patent and Trademark Office
P.O. Box 1450
Alexandria, VA. 22313-1450

Sir:

Pursuant to 37 C.F.R. § 41.204(a), Party Ni respectfully submits the following Priority Statement.

## I.    *Date and Location of Ni's Earliest Corroborated Conception*

Pursuant to 37 C.F.R. § 41.204(a)(2)(i), Party Ni hereby states that the earliest corroborated conception by Party Ni of the invention defined by Count 1 took place on November 14, 1996, in the United States.

## II.    *Date and Location of Ni's Earliest Corroborated Actual Reduction to Practice*

Pursuant to 37 C.F.R. § 41.204(a)(2)(ii), Party Ni's statement of the earliest corroborated actual reduction to practice by Party Ni of the invention defined by Count 1 requires information believed to be in the possession of one or more third parties; such information is not currently available to Party Ni. Party Ni has filed a MISCELLANEOUS MOTION 2 UNDER 37 C.F.R. § 41.121(a)(3) (Requesting Authorization for Compulsion of Testimony and Production under 37 C.F.R. § 41.156) to assist with its effort to obtain such information. Party Ni's MISCELLANEOUS MOTION 2 explains the reasons as to why such information is not currently available to Party Ni. Should the MISCELLANEOUS MOTION 2 be granted, and if information is obtained from one or more of the parties mentioned in that motion relating to Party Ni's actual reduction to practice, Party Ni will promptly file a request to correct its priority

- 2 -

statement under 37 C.F.R. § 41.120(c) to include a statement of the date and location of Party Ni's earliest corroborated actual reduction to practice.

Regardless of whether Party Ni is later able to provide a statement of the date and location of its earliest corroborated actual reduction to practice, Party Ni reserves the right to rely on the filing date of an earlier-filed application(s) to prove a constructive reduction to practice, *e.g.*, as detailed in NI SUBSTANTIVE MOTION 3 (to Change Benefit Accorded for the Contested Subject Matter). Party Ni thus reserves the right to rely on the filing date of any of:

- U.S. Provisional Appl. No. 60/040,846, filed March 17, 1997;

- U.S. Provisional Appl. No. 60/054,021, filed July 29, 1997;

- U.S. Appl. No. 09/042,583, filed March 17, 1998;

- U.S. Provisional Appl. No. 60/132,498, filed May 4, 1999;

- U.S. Provisional Appl. No. 60/133,238, filed May 7, 1999; and

- U.S. Provisional Appl. No. 60/148,939, filed August 13, 1999.

### III.    *Statement of Earliest Corroborated Date on which Ni's Diligence Began*

Pursuant to 37 C.F.R. § 41.204(a)(2)(iii), Party Ni hereby states that the earliest corroborated date on which diligence by Party Ni of the invention defined by Count 1 began was November 14, 1996.

- 3 -

**NI PRIORITY STATEMENT**
Patent Interference No. 105,240

*IV.*    *Copy of Earliest Documents Upon Which Ni Will Rely to Show Conception*

Pursuant to 37 C.F.R. § 41.204(a)(2)(iv), Party Ni submits herewith a copy of the earliest

documents upon which Party Ni will rely to show conception of the invention defined by

Count 1.

Respectfully submitted,

Jorge A. Goldstein
Attorney for Party Ni
Registration No. 29,021

Date: <u>December 7, 2005</u>

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 New York Avenue, NW
Washington, D.C. 20005-3934

471625_2.DOC

- 4 -

**NI PRIORITY STATEMENT**
Patent Interference No. 105,240

## <u>CERTIFICATE OF SERVICE</u>

I, Jorge A. Goldstein, hereby certify that a copy of the foregoing NI PRIORITY STATEMENT, filed December 7, 2005, has been served on the attorney of record of Party Rauch via Federal Express on this 7th day of December, 2005, addressed as follows:

Michael J. Wise
Perkins Coie LLP
1620 26th Street
6th Floor, South Tower
Santa Monica, CA 90404-4013
Tel: 310-788-3210
Fax: 310-788-3399

Respectfully submitted,

_____
Jorge A. Goldstein
Attorney for Party Ni
Registration No. 29,021

Date:  December 7, 2005
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 New York Avenue, NW
Washington, D.C. 20005-3934

- 4 -

NI PRIORITY STATEMENT
Patent Interference No. 105,240

## CERTIFICATE OF SERVICE

I, Jorge A. Goldstein, hereby certify that a copy of the foregoing NI PRIORITY STATEMENT, filed December 7, 2005, has been served on the attorney of record of Party Rauch via Federal Express on this 14th day of December, 2005, addressed as follows:

Michael J. Wise
Perkins Coie LLP
1620 26th Street
6th Floor, South Tower
Santa Monica, CA 90404-4013
Tel: 310-788-3210
Fax: 310-788-3399

Respectfully submitted,

Jorge A. Goldstein
Attorney for Party Ni
Registration No. 29,021

Date: December 14, 2005
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 New York Avenue, NW
Washington, D.C. 20005-3934

```
Author:  Jian Ni at HGS1-HQ
Date:    11/14/96  6:20 PM
Normal
TO: Reiner Gentz, Bob Benson at HGS-ADMIN, Craig Rosen at HGS-SCI
Subject: One more TNFR-like gene
------------------------------------ Message Contents ------------------------------------
One more TNFR-like gene was found today. It is not identical to TR5 (Ying-Fei),
but have a region of cDNA very close to TR5 and DR4. No EST was found in public
EST database.

>HSYAD88R       3 Nerve growth factor receptor, low affinity - chicken

>HPRCB54FP04B   2 Nerve growth factor receptor [Homo sapiens]
              Length = 650

  Minus Strand HSPs:

 Score = 177 (48.9 bits), Expect = 3.0e-18, Sum P(4) = 3.0e-18
 Identities = 55/81 (67%), Positives = 55/81 (67%), Strand = Minus / Plus

Query:    89 ACACACTGTGTTTCTGGTCGTGGTGCAGGGACTTAGCTCCACTTCACCTGAATCACACCT 30
             |||||||| ||| ||||| |||||| |||||  ||||  |  | | |||| |||| | |||
Sbjct:   562 ACACACTGTGTCTCTGGTCATGGTGCANGAACTTTTATGTTTTTGATCTGATTTACAAAC 621

Query:    29 GGTGCAGCGCAAGCAGAAAAG 9
             || ||  || | |||| ||||
Sbjct:   622 TGTACATGGGAANCAANAAAG 642

 Score = 128 (35.4 bits), Expect = 3.0e-18, Sum P(4) = 3.0e-18
 Identities = 34/45 (75%), Positives = 34/45 (75%), Strand = Minus / Plus

Query:   152 TGCGGCACTTCCGGCACATCTCAGGAGAATCTTCTTCCCCGGAAG 108
             |||  |||||||||||||||||| ||||| |||| || |||||||
Sbjct:   501 TGCTACACTTCCGGCACATCTCTGGGGANTTTTCATTCCGGAAGG 545

 Score = 113 (31.2 bits), Expect = 3.0e-18, Sum P(4) = 3.0e-18
 Identities = 25/28 (89%), Positives = 25/28 (89%), Strand = Minus / Plus

Query:   334 CCTTCCAGGTAAGGAAGGACTTTCTTTC 307
             |||| |||||||||||||||| |||||| |
Sbjct:    68 CCTTTCAGGTAAGGAAGGAATTCTTCC 95

 Score = 100 (27.6 bits), Expect = 3.0e-18, Sum P(4) = 3.0e-18
 Identities = 22/25 (88%), Positives = 22/25 (88%), Strand = Minus / Plus

Query:   114 CCGGAAGGTGCCTTCNTCGCACTGA 90
             |||||||||||||||| | ||||||
Sbjct:   538 CCGGAAGGTGCCTTCTTTACACTGA 562


>pir|JN0006|JN0006 nerve growth factor receptor, low affinity - chicken
             >sp|P18519|NGFR CHICK LOW-AFFINITY NERVE GROWTH FACTOR RECEPTOR
             PRECURSOR (NGF RECEPTOR) (GP80-LNGFR).
             Length = 416

  Plus Strand HSPs:

 Score = 66 (30.2 bits), Expect = 0.84, Sum P(2) = 0.57
 Identities = 11/25 (44%), Positives = 14/25 (56%), Frame = +3

Query:    15 CLRCTRCDSGEVELSPCTTTRNTVC 89
             CL CT C+  EV +  CT T +  C
Sbjct:   156 CLPCTICEENEVMVKECTATSDAEC 180

 Score = 55 (25.2 bits), Expect = 0.00025, Sum P(3) = 0.00025
 Identities = 9/25 (36%), Positives = 15/25 (60%), Frame = +3

Query:    15 CLRCTRCDSGEVELSPCTTTRNTVC 89
             C  C+ C+ G   + PC  +++TVC
Sbjct:   114 CKECSICEVGFGLMFPCRDSQDTVC 138

 Score = 47 (21.5 bits), Expect = 0.00025, Sum P(3) = 0.00025
 Identities = 10/21 (47%), Positives = 11/21 (52%), Frame = +2
```

```
Query:   152 TGCPRGWVKVGDCTPWSDIEC 214
             T C     V V +CT  SD EC
Sbjct:   160 TICEENEVMVKECTATSDAEC 180
```

Score = 45 (20.6 bits), Expect = 0.0086, Sum P(3) = 0.0085
Identities = 8/25 (32%), Positives = 12/25 (48%), Frame = +3

```
Query:    15 CLRCTRCDSGEVELSPCTTTRNTVC 89
             C  CT+C     +PC  + + VC
Sbjct:    75 CKPCTQCVGLHSMSAPCVESDDAVC 99
```

Score = 43 (19.7 bits), Expect = 0.00025, Sum P(3) = 0.00025
Identities = 7/12 (58%), Positives = 9/12 (75%), Frame = +1

```
Query:    76 ETQCVQCXEGTF 111
             +T C +C EGTF
Sbjct:   135 DTVCEECPEGTF 146
```

Score = 38 (17.4 bits), Expect = 0.093, Sum P(3) = 0.089
Identities = 6/14 (42%), Positives = 8/14 (57%), Frame = +3

```
Query:    24 CTRCDSGEVELSPC 65
             C  C+ GE  + PC
Sbjct:    36 CKACNLGEGVVQPC 49
```

Score = 34 (15.6 bits), Expect = 0.024, Sum P(3) = 0.024
Identities = 7/17 (41%), Positives = 11/17 (64%), Frame = +2

```
Query:   191 TPWSDIECVHKESGIII 241
             TP  + E +H +SGI +
Sbjct:   282 TPSPEGEKLHSDSGISV 298
```

# HGS Full Length Project Report (24nov96)

## Project Information

```
Project Name:    TNFR/TR7/Nerve growth factor receptor, low affinity
Project Code:
Project Status:  Screening
HGS Code:        1760054
Clone ID:        HSYAD88
Library:         Human Thymus Stromal Cells
Full Length:     No
Protein:         No
Patent Status:   No
PTO Serial #:
Map Location:
Collaborator:
Created by:      Jian Ni, 11/14/96
Modified by:     Jian Ni, 11/14/96
```

## General Comments

It is a novel TNFR/NGFR. It is not identical to TR5, but have a region of cDNA
very close to TR5. No EST in public EST database.

```
>HSYAD88R         3 Nerve growth factor receptor, low affinity - chicken
            Length = 410

  Plus Strand HSPs:

  Score = 2003 (553.5 bits), Expect = 1.5e-161, P = 1.5e-161
  Identities = 403/409 (98%), Positives = 403/409 (98%), Strand = Plus / Plus

Query:    1 ATGACCTCCTTTTCTGCTTGCGCTGCACCAGGTGTGATTCAGGTGAAGTGGAGCTAAGTC 60
            |||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||
Sbjct:    1 ATGACCTCCTTTTCTGCTTGCGCTGCACCAGGTGTGATTCAGGTGAAGTGGAGCTAAGTC 60

Query:   61 CCTGCACCACGACCAGAAACACAGTGTGTTCAGTGCGANGAAGGCACCTTCCGGGGAAGA 120
            |||||||||||||||||||||||||||||||||| |||||| |||||||||||||||||||
Sbjct:   61 CCTGCACCACGACCAGAAACACAGTGTGTTCAGTGCGANGAAGGCACCTTCCGGGGAAGA 120

Query:  121 AGATTCTCCTGAGATGTGCCGGAAGTGCCGCACAGGGTGTCCCAGAGGATGGGTCAAGGT 180
            |||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||
Sbjct:  121 AGATTCTCCTGAGATGTGCCGGAAGTGCCGCACAGGGTGTCCCAGAGGATGGGTCAAGGT 180

Query:  181 CGGTGATTGTACACCCTGGAGTGACATCGAATGTGTCCACAAAGAATCAGGCATCATCAT 240
            |||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||
Sbjct:  181 CGGTGATTGTACACCCTGGAGTGACATCGAATGTGTCCACAAAGAATCAGGCATCATCAT 240

Query:  241 AGGAGTCACAGTTGCCAGCCGTAGTCTTGATTGTGNGCTGTGTTTGTTTGCAATTCTTTT 300
            |||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||
Sbjct:  241 AGGAGTCACAGTTGCCAGCCGTAGTCTTGATTGTGNGCTGTGTTTGTTTGCAATTCTTTT 300

Query:  301 ACTGTGGAAAGAAAGTCCTTCCTTACCTGGAAGGCATCTGCTTCANGTGGTGGTGGGGAN 360
```

```
              ||||||||||||||||||||||||||||||||||||| ||||||||||||||
Sbjct:   301 ACTGTGGAAAGAAAGTCCTTCCTTACCTGGAAGGCATCTGCTTCANGTGGTGGTGGGGAN 360

Query:   361 CCGNAGCTGTGGGACAGAAGCTCACAACGACNTGGGGCTGAAGACAAGT 409
             ||| |||||||||||||||||||||||||||| |||||||||||||||||
Sbjct:   361 CCGNAGCTGTGGGACAGAAGCTCACAACGACNTGGGGCTGAAGACAAGT 409
```

>HPRCB54FP04B    2 Nerve growth factor receptor [Homo sapiens]
           Length = 650

  Minus Strand HSPs:

 Score = 177 (48.9 bits), Expect = 3.0e-18, Sum P(4) = 3.0e-18
 Identities = 55/81 (67%), Positives = 55/81 (67%), Strand = Minus / Plus

```
Query:    89 ACACACTGTGTTTCTGGTCGTGGTGCAGGGACTTAGCTCCACTTCACCTGAATCACACCT 30
             |||||||||| ||||||| ||||||| |||| | |||| | ||| || |||| |||| |
Sbjct:   562 ACACACTGTGTCTCTGGTCATGGTGCANGAACTTTTATGTTTTTGATCTGATTTACAAAC 621

Query:    29 GGTGCAGCGCAAGCAGAAAAG 9
             || || | | || || ||||
Sbjct:   622 TGTACATGGGAANCAANAAAG 642
```

 Score = 128 (35.4 bits), Expect = 3.0e-18, Sum P(4) = 3.0e-18
 Identities = 34/45 (75%), Positives = 34/45 (75%), Strand = Minus / Plus

```
Query:   152 TGCGGCACTTCCGGCACATCTCAGGAGAATCTTCTTCCCCGGAAG 108
             |||  ||||||||||||||||||| |||| |||| |||||||
Sbjct:   501 TGCTACACTTCCGGCACATCTCTGGGGANTTTTCATTCCGGAAGG 545
```

 Score = 113 (31.2 bits), Expect = 3.0e-18, Sum P(4) = 3.0e-18
 Identities = 25/28 (89%), Positives = 25/28 (89%), Strand = Minus / Plus

```
Query:   334 CCTTCCAGGTAAGGAAGGACTTTCTTTC 307
             |||| ||||||||||||| |||||| |
Sbjct:    68 CCTTTCAGGTAAGGAAGGAATTTCTTCC 95
```

 Score = 100 (27.6 bits), Expect = 3.0e-18, Sum P(4) = 3.0e-18
 Identities = 22/25 (88%), Positives = 22/25 (88%), Strand = Minus / Plus

```
Query:   114 CCGGAAGGTGCCTTCNTCGCACTGA 90
             ||||||||||||||| | ||||||
Sbjct:   538 CCGGAAGGTGCCTTCTTTACACTGA 562
```

>HPRCB54X       2 Nerve growth factor receptor [Homo sapiens]
           Length = 1392

  Plus Strand HSPs:

 Score = 180 (49.7 bits), Expect = 5.6e-17, Sum P(4) = 5.6e-17
 Identities = 56/81 (69%), Positives = 56/81 (69%), Strand = Plus / Plus

```
Query:     9 CTTTTCTGCTTGCGCTGCACCAGGTGTGATTCAGGTGAAGTGGAGCTAAGTCCCTGCACC 68
             | || ||||| | || || ||| |||| |||| | |||| |||||||
Sbjct:   429 CCTTCTTGCTTCCCATGTACAGTTTGTAAATCAGATCAAAAACATAAAAGTTCCTGCACC 488

Query:    69 ACGACCAGAAACACAGTGTGT 89
             | ||||||| |||||||||||
```

```
        Sbjct:   489 ATGACCAGAGACACAGTGTGT 509

        Score = 126 (34.8 bits), Expect = 5.6e-17, Sum P(4) = 5.6e-17
        Identities = 34/45 (75%), Positives = 34/45 (75%), Strand = Plus / Plus

   Query:   108 CTTCCGGGGAAGAAGATTCTCCTGAGATGTGCCGGAAGTGCCGCA 152
               | |  || | ||| || || ||||||||||||||||  |||
   Sbjct:   526 CCTTCCGGAATGAAAACTCCCCAGAGATGTGCCGGAAGTGTAGCA 570

        Score = 113 (31.2 bits), Expect = 5.6e-17, Sum P(4) = 5.6e-17
        Identities = 25/28 (89%), Positives = 25/28 (89%), Strand = Plus / Plus

   Query:   307 GAAAGAAAGTCCTTCCTTACCTGGAAGG 334
                | |||||| |||||||||||||| ||||
   Sbjct:   976 GGAAGAAATTCCTTCCTTACCTGAAAGG 1003

        Score = 100 (27.6 bits), Expect = 5.6e-17, Sum P(4) = 5.6e-17
        Identities = 22/25 (88%), Positives = 22/25 (88%), Strand = Plus / Plus

   Query:    90 TCAGTGCGANGAAGGCACCTTCCGG 114
               ||||||  | | ||||||||||||||
   Sbjct:   509 TCAGTGTAAAGAAGGCACCTTCCGG 533
```

## Protein BLAST Analysis

```
        >pir|JN0006|JN0006 nerve growth factor receptor, low affinity - chicken
                 >sp|P18519|NGFR_CHICK LOW-AFFINITY NERVE GROWTH FACTOR RECEPTOR
                 PRECURSOR (NGF RECEPTOR) (GP80-LNGFR).
                 Length = 416

     Plus Strand HSPs:

     Score = 66 (30.2 bits), Expect = 0.84, Sum P(2) = 0.57
     Identities = 11/25 (44%), Positives = 14/25 (56%), Frame = +3

   Query:    15 CLRCTRCDSGEVELSPCTTTRNTVC 89
                CL CT C+  EV +  CT T +  C
   Sbjct:   156 CLPCTICEENEVMVKECTATSDAEC 180

     Score = 55 (25.2 bits), Expect = 0.00025, Sum P(3) = 0.00025
     Identities = 9/25 (36%), Positives = 15/25 (60%), Frame = +3

   Query:    15 CLRCTRCDSGEVELSPCTTTRNTVC 89
                C  C+ C+ G    + PC +++TVC
   Sbjct:   114 CKECSICEVGFGLMFPCRDSQDTVC 138

     Score = 47 (21.5 bits), Expect = 0.00025, Sum P(3) = 0.00025
     Identities = 10/21 (47%), Positives = 11/21 (52%), Frame = +2

   Query:   152 TGCPRGWVKVGDCTPWSDIEC 214
                T C    V V +CT  SD EC
   Sbjct:   160 TICEENEVMVKECTATSDAEC 180

     Score = 45 (20.6 bits), Expect = 0.0086, Sum P(3) = 0.0085
     Identities = 8/25 (32%), Positives = 12/25 (48%), Frame = +3

   Query:    15 CLRCTRCDSGEVELSPCTTTRNTVC 89
                C  CT+C   +PC  + + VC
   Sbjct:    75 CKPCTQCVGLHSMSAPCVESDDAVC 99
```

Score = 43 (19.7 bits), Expect = 0.00025, Sum P(3) = 0.00025
Identities = 7/12 (58%), Positives = 9/12 (75%), Frame = +1

Query:     76 ETQCVQCXEGTF 111
              +T C +C EGTF
Sbjct:    135 DTVCEECPEGTF 146

Score = 38 (17.4 bits), Expect = 0.093, Sum P(3) = 0.089
Identities = 6/14 (42%), Positives = 8/14 (57%), Frame = +3

Query:     24 CTRCDSGEVELSPC 65
              C  C+ GE  + PC
Sbjct:    36 CKACNLGEGVVQPC 49

Score = 34 (15.6 bits), Expect = 0.024, Sum P(3) = 0.024
Identities = 7/17 (41%), Positives = 11/17 (64%), Frame = +2

Query:    191 TPWSDIECVHKESGIII 241
              TP + E +H +SGI +
Sbjct:    282 TPSPEGEKLHSDSGISV 298


>gi|339760 TNF receptor [Homo sapiens]
           Length = 453

   Plus Strand HSPs:

Score = 66 (30.2 bits), Expect = 0.025, Sum P(3) = 0.025
Identities = 12/23 (52%), Positives = 16/23 (69%), Frame = +3

Query:     30 RCDSGEVELSPCTTTRNTVCSVR 98
              R + G+VE+S CT  R+TVC  R
Sbjct:    106 RKEMGQVEISSCTVDRDTVCGCR 128

Score = 34 (15.6 bits), Expect = 0.025, Sum P(3) = 0.025
Identities = 5/10 (50%), Positives = 7/10 (70%), Frame = +3

Query:      6 LLFCLRCTRC 35
              L  CL C++C
Sbjct:    96 LRHCLSCSKC 105

Score = 33 (15.1 bits), Expect = 0.025, Sum P(3) = 0.025
Identities = 6/18 (33%), Positives = 9/18 (50%), Frame = +3

Query:    285 CLQFFYCGKKVLPYLEGI 338
              C +   C K  LP +E +
Sbjct:    185 CKKSLECTKLCLPQIENV 202


>gi|904969 55 kD TNF-BP [unidentified] >gi|579600 TNF alpha gene gene product
           [Homo sapiens] >gi|339745 tumor necrosis factor receptor [Homo
           sapiens] >gi|339754 tumor necrosis factor receptor [Homo sapiens]
           >gi|339756 tumor necrosis factor receptor [Homo sapiens] >gi|339750
           tumor necrosis factor receptor 1 [Homo sapiens] >gi|37224 tumor
           necrosis factor receptor type 1 [Homo sapiens] >pir|A38208|GQHUT1
           tumor necrosis factor receptor type 1 precursor - human
           >sp|P19438|TNR1_HUMAN TUMOR NECROSIS FACTOR RECEPTOR 1 PRECURSOR
           (TUMOR NECROSIS FACTOR BINDING PROTEIN 1) (TBPI) (P60) (TNF-R1)
           (P55) (CD120A).

Length = 455

Plus Strand HSPs:

Score = 66 (30.2 bits), Expect = 0.026, Sum P(3) = 0.025
Identities = 12/23 (52%), Positives = 16/23 (69%), Frame = +3

Query:    30 RCDSGEVELSPCTTTRNTVCSVR 98
              R + G+VE+S CT  R+TVC  R
Sbjct:   106 RKEMGQVEISSCTVDRDTVCGCR 128

Score = 34 (15.6 bits), Expect = 0.026, Sum P(3) = 0.025
Identities = 5/10 (50%), Positives = 7/10 (70%), Frame = +3

Query:     6 LLFCLRCTRC 35
             L  CL C++C
Sbjct:    96 LRHCLSCSKC 105

Score = 33 (15.1 bits), Expect = 0.026, Sum P(3) = 0.025
Identities = 6/18 (33%), Positives = 9/18 (50%), Frame = +3

Query:   285 CLQFFYCGKKVLPYLEGI 338
             C +   C K  LP +E +
Sbjct:   185 CKKSLECTKLCLPQIENV 202


>gi|56756 precursor (AA -29 to 396) [Rattus norvegicus] >pir|A26431|A26431
          nerve growth factor receptor precursor, low affinity - rat
          >sp|P07174|NGFR_RAT LOW-AFFINITY NERVE GROWTH FACTOR RECEPTOR
          PRECURSOR (NGF RECEPTOR) (GP80-LNGFR).
          Length = 425

  Plus Strand HSPs:

Score = 54 (24.7 bits), Expect = 0.23, Sum P(2) = 0.21
Identities = 7/10 (70%), Positives = 9/10 (90%), Frame = +2

Query:   185 DCTPWSDIEC 214
             +CTPW+D EC
Sbjct:   180 ECTPWADAEC 189

Score = 50 (22.9 bits), Expect = 0.23, Sum P(2) = 0.21
Identities = 9/25 (36%), Positives = 13/25 (52%), Frame = +3

Query:    15 CLRCTRCDSGEVELSPCTTTRNTVC 89
             C  C+ C+ G   + C  +NTVC
Sbjct:   123 CEACSVCEVGSGLVFSCQDKQNTVC 147

Score = 44 (20.2 bits), Expect = 1.6, Sum P(2) = 0.81
Identities = 8/25 (32%), Positives = 11/25 (44%), Frame = +3

Query:    15 CLRCTRCDSGEVELSPCTTTRNTVC 89
             C  CT C  +    +PC   + VC
Sbjct:    84 CKPCTECLGLQSMSAPCVEADDAVC 108

Score = 39 (17.9 bits), Expect = 0.070, Sum P(3) = 0.068
Identities = 6/14 (42%), Positives = 9/14 (64%), Frame = +1

Query:    70 RPETQCVQCXEGTF 111
             +  T C +C EGT+

```
     Sbjct:   142 KQNTVCEECPEGTY 155

       Score = 36 (16.5 bits), Expect = 0.070, Sum P(3) = 0.068
       Identities = 6/14 (42%), Positives = 7/14 (50%), Frame = +3

     Query:    24 CTRCDSGEVELSPC 65
                  C  C+ GE    PC
     Sbjct:    45 CKACNLGEGVAQPC 58


     >gi|440374 PC6B [Mus musculus] >pir|S34583|S34583 serine proteinase (EC
               3.4.21.-) PC6B ~ mouse
               Length = 1548

       Plus Strand HSPs:

       Score = 44 (20.2 bits), Expect = 0.077, Sum P(4) = 0.074
       Identities = 9/22 (40%), Positives = 12/22 (54%), Frame = +3

     Query:    24 CTRCDSGEVELSPCTTTRNTVC 89
                  C+RC SG V + P  T +  C
     Sbjct:   674 CSRCMSGYVIIPPNHTCQKLEC 695

       Score = 42 (19.2 bits), Expect = 0.077, Sum P(4) = 0.074
       Identities = 7/13 (53%), Positives = 7/13 (53%), Frame = +2

     Query:   119 EDSPEMCRKCRTG 157
                  ED P  C  C TG
     Sbjct:   720 EDDPGACTSCATG 732

       Score = 37 (17.0 bits), Expect = 0.077, Sum P(4) = 0.074
       Identities = 5/18 (27%), Positives = 9/18 (50%), Frame = +1

     Query:   205 HRMCPQRIRHHHRSHSCQ 258
                  HR CP+        + +C+
     Sbjct:  1298 HRACPEHYYADQHAQTCE 1315

       Score = 34 (15.6 bits), Expect = 1.3, Sum P(4) = 0.72
       Identities = 5/8 (62%), Positives = 5/8 (62%), Frame = +2

     Query:   137 CRKCRTGC 160
                  CR C T C
     Sbjct:   755 CRACGTNC 762

       Score = 34 (15.6 bits), Expect = 1.3, Sum P(4) = 0.72
       Identities = 5/15 (33%), Positives = 7/15 (46%), Frame = +2

     Query:   116 EEDSPEMCRKCRTGC 160
                  ++   E C  C  GC
     Sbjct:   701 QDSEYEECMPCEEGC 715

       Score = 34 (15.6 bits), Expect = 1.3, Sum P(4) = 0.72
       Identities = 5/15 (33%), Positives = 8/15 (53%), Frame = +2

     Query:   116 EEDSPEMCRKCRTGC 160
                  +E+  + CR C   C
     Sbjct:  1109 KEEENDECRDCPESC 1123

       Score = 33 (15.1 bits), Expect = 0.077, Sum P(4) = 0.074
       Identities = 7/17 (41%), Positives = 11/17 (64%), Frame = +2
```

```
Query:    278 LCLFAILLLWKESPSLP 328
              L L A  ++W++S S P
Sbjct:   1451 LLLGAAAVVWRKSRSRP 1467
```

 Score = 33 (15.1 bits), Expect = 1.4, Sum P(4) = 0.76
 Identities = 5/11 (45%), Positives = 7/11 (63%), Frame = +1

```
Query:     82 QCVQCXEGTFR 114
              QC+ C  G F+
Sbjct:   1231 QCLSCRPGWFQ 1241
```

 Score = 33 (15.1 bits), Expect = 6.8, Sum P(4) = 1.0
 Identities = 4/8 (50%), Positives = 5/8 (62%), Frame = +2

```
Query:    137 CRKCRTGC 160
              C+KC   C
Sbjct:   1365 CKKCHESC 1372
```


>pir|JC2404|JC2404 tumor necrosis factor alpha inhibitor - human
              Length = 161

   Plus Strand HSPs:

 Score = 66 (30.2 bits), Expect = 0.17, Sum P(2) = 0.16
 Identities = 12/23 (52%), Positives = 16/23 (69%), Frame = +3

```
Query:     30 RCDSGEVELSPCTTTRNTVCSVR 98
              R + G+VE+S CT  R+TVC  R
Sbjct:     66 RKEMGQVEISSCTVDRDTVCGCR 88
```

 Score = 34 (15.6 bits), Expect = 0.17, Sum P(2) = 0.16
 Identities = 5/10 (50%), Positives = 7/10 (70%), Frame = +3

```
Query:      6 LLFCLRCTRC 35
              L  CL C++C
Sbjct:     56 LRHCLSCSKC 65
```


>gi|1167929 orf UL144 [Human cytomegalovirus]
              Length = 176

   Plus Strand HSPs:

 Score = 75 (34.4 bits), Expect = 0.18, P = 0.17
 Identities = 12/26 (46%), Positives = 18/26 (69%), Frame = +3

```
Query:     15 CLRCTRCDSGEVELSPCTTTRNTVCS 92
              C  CT+C+  +V +  CT+T NTVC+
Sbjct:     71 CTDCTQCNVTQVMIRNCTSTNNTVCA 96
```


>gi|1280119 coded for by C. elegans cDNA cml0d3 [Caenorhabditis elegans]
              Length = 392

   Plus Strand HSPs:

 Score = 74 (33.9 bits), Expect = 0.32, P = 0.28
 Identities = 13/25 (52%), Positives = 15/25 (60%), Frame = +3

```
Query:    15 CLRCTRCDSGEVELSPCTTTRNTVC 89
             C +CT C     EL+ CT T NTVC
Sbjct:    41 CFQCTPCGDFMYELAKCTDTSNTVC 65
```

>gi|207362 tumor necrosis factor receptor [Rattus norvegicus]
          >pir|B36555|GQRTT1 tumor necrosis factor receptor type 1 precursor -
          rat >sp|P22934|TNR1_RAT TUMOR NECROSIS FACTOR RECEPTOR 1 PRECURSOR
          (P60) (TNF-R1) (P55).
          Length = 461

   Plus Strand HSPs:

  Score = 51 (23.4 bits), Expect = 0.87, Sum P(3) = 0.58
  Identities = 9/17 (52%), Positives = 11/17 (64%), Frame = +1

```
Query:    61 PAPRPETQCVQCXEGTF 111
             P+P  ET C  C +GTF
Sbjct:    73 PSPGQETVCEVCDKGTF 89
```

  Score = 38 (17.4 bits), Expect = 0.87, Sum P(3) = 0.58
  Identities = 6/14 (42%), Positives = 8/14 (57%), Frame = +3

```
Query:    24 CTRCDSGEVELSPC 65
             CT+C  G   +S C
Sbjct:    59 CTKCHKGTYLVSDC 72
```

  Score = 33 (15.1 bits), Expect = 0.87, Sum P(3) = 0.58
  Identities = 6/14 (42%), Positives = 9/14 (64%), Frame = +3

```
Query:   264 VLIVXCVCLQFFYC 305
             ++I  +CL FF C
Sbjct:   216 LVIFLGLCLLFFIC 229
```

>gi|342385 metallothionein I [Monkey sp.] >gi|38124 metallothionein (1)
          [Cercopithecidae gen. sp.] >pir|A03273|SMMK1 metallothionein 1 -
          green monkey >sp|P02797|MT1_CERAE METALLOTHIONEIN-I (MT-I).
          Length = 61

   Plus Strand HSPs:

  Score = 43 (19.7 bits), Expect = 0.97, Sum P(2) = 0.62
  Identities = 8/23 (34%), Positives = 13/23 (56%), Frame = +3

```
Query:    24 CTRCDSGEVELSPCTTTRNTVCS 92
             CT  DS + +   CT+ + + CS
Sbjct:    13 CTCADSCKCKECKCTSCKKSCCS 35
```

  Score = 37 (17.0 bits), Expect = 0.97, Sum P(2) = 0.62
  Identities = 6/11 (54%), Positives = 6/11 (54%), Frame = +2

```
Query:   128 PEMCRKCRTGC 160
             P  C KC  GC
Sbjct:    38 PVGCAKCAQGC 48
```

>gi|1141753 p55 TNF receptor [Sus scrofa] >pir|JC4302|JC4302 tumor necrosis
          factor receptor p55 - pig
          Length = 461

Plus Strand HSPs:

```
Score = 70 (32.1 bits), Expect = 1.2, P = 0.71
Identities = 12/23 (52%), Positives = 16/23 (69%), Frame = +3

Query:    30 RCDSGEVELSPCTTTRNTVCSVR 98
              R +  +VE+SPCT  R+TVC  R
Sbjct:   106 RSEMSQVEISPCTVDRDTVCGCR 128
```

>gi|904971 75kD TNF-BP [unidentified]
            Length = 392

  Plus Strand HSPs:

```
Score = 62 (28.4 bits), Expect = 1.8, Sum P(2) = 0.84
Identities = 10/24 (41%), Positives = 15/24 (62%), Frame = +3

Query:    27 TRCDSGEVELSPCTTTRNTVCSVR 98
              +RC S +VE   CT  +N +C+ R
Sbjct:    28 SRCSSDQVETQACTREQNRICTCR 51
```

```
Score = 35 (16.0 bits), Expect = 1.8, Sum P(2) = 0.84
Identities = 7/18 (38%), Positives = 8/18 (44%), Frame = +1

Query:    85 CVQCXEGTFRGRRFS*DV 138
              C  C  GTF      S D+
Sbjct:    91 CKPCAPGTFSNTTSSTDI 108
```

```
Score = 35 (16.0 bits), Expect = 2.1, Sum P(2) = 0.87
Identities = 7/18 (38%), Positives = 9/18 (50%), Frame = +2

Query:   104 APSGEEDSPEMCRKCRTG 157
              A  G E S  +C+ C  G
Sbjct:    80 ARPGTETSDVVCKPCAPG 97
```

>gi|339758 tumor necrosis factor receptor [Homo sapiens] >sp|P20333|TNR2_HUMAN
            TUMOR NECROSIS FACTOR RECEPTOR 2 PRECURSOR (TUMOR NECROSIS FACTOR
            BINDING PROTEIN 2) (TBPII) (P80) (TNF-R2) (P75) (CD120B).
            Length = 461

  Plus Strand HSPs:

```
Score = 62 (28.4 bits), Expect = 2.2, Sum P(2) = 0.89
Identities = 10/24 (41%), Positives = 15/24 (62%), Frame = +3

Query:    27 TRCDSGEVELSPCTTTRNTVCSVR 98
              +RC S +VE   CT  +N +C+ R
Sbjct:    98 SRCSSDQVETQACTREQNRICTCR 121
```

```
Score = 35 (16.0 bits), Expect = 2.2, Sum P(2) = 0.89
Identities = 7/18 (38%), Positives = 8/18 (44%), Frame = +1

Query:    85 CVQCXEGTFRGRRFS*DV 138
              C  C  GTF      S D+
Sbjct:   161 CKPCAPGTFSNTTSSTDI 178
```

```
Score = 35 (16.0 bits), Expect = 2.5, Sum P(2) = 0.92
```

```
            Identities = 7/18 (38%), Positives = 9/18 (50%), Frame = +2

    Query:   104 APSGEEDSPEMCRKCRTG 157
                 A  G E S  +C+ C  G
    Sbjct:   150 ARPGTETSDVVCKPCAPG 167


    >gi|189186 tumor necrosis factor receptor [Homo sapiens] >gi|1469541 tumor
               necrosis factor receptor [Homo sapiens] >pir|A35356|A35356 tumor
               necrosis factor receptor type 2 precursor - human >gi|235649 tumor
               necrosis factor receptor, TNF receptor=75-kda [human, Peptide, 439
               aa] {SUB 23-461} >gi|825701 p75 TNF receptor [Homo sapiens] {SUB
               1-37}
               Length = 461

      Plus Strand HSPs:

      Score = 62 (28.4 bits), Expect = 2.2, Sum P(2) = 0.89
      Identities = 10/24 (41%), Positives = 15/24 (62%), Frame = +3

    Query:    27 TRCDSGEVELSPCTTTRNTVCSVR 98
                 +RC S +VE    CT  +N +C+ R
    Sbjct:    98 SRCSSDQVETQACTREQNRICTCR 121

      Score = 35 (16.0 bits), Expect = 2.2, Sum P(2) = 0.89
      Identities = 7/18 (38%), Positives = 8/18 (44%), Frame = +1

    Query:    85 CVQCXEGTFRGRRFS*DV 138
                 C  C  GTF     S D+
    Sbjct:   161 CKPCAPGTFSNTTSSTDI 178

      Score = 35 (16.0 bits), Expect = 2.5, Sum P(2) = 0.92
      Identities = 7/18 (38%), Positives = 9/18 (50%), Frame = +2

    Query:   104 APSGEEDSPEMCRKCRTG 157
                 A  G E S  +C+ C  G
    Sbjct:   150 ARPGTETSDVVCKPCAPG 167


    >gi|333519 crmB [unidentified poxvirus]
               Length = 355

      Plus Strand HSPs:

      Score = 68 (31.2 bits), Expect = 2.3, P = 0.90
      Identities = 11/20 (55%), Positives = 13/20 (65%), Frame = +3

    Query:    30 RCDSGEVELSPCTTTRNTVC 89
                 RCDS +VE   C TT N +C
    Sbjct:    89 RCDSNQVETRSCNTTHNRIC 108


    >gi|642392 ORF C1 [Banana bunchy top virus] >gi|642395 ORF C1 [Banana bunchy
               top virus]
               Length = 48

      Minus Strand HSPs:

      Score = 34 (15.6 bits), Expect = 2.8, Sum P(2) = 0.94
      Identities = 5/11 (45%), Positives = 6/11 (54%), Frame = -2
```

```
Query:    358 PHHHXKQMPSR 326
              PH+H    P R
Sbjct:      9 PHYHSDHRPRR 19
```

 Score = 33 (15.1 bits), Expect = 2.8, Sum P(2) = 0.94
 Identities = 6/13 (46%), Positives = 11/13 (84%), Frame = -1

```
Query:    134 SQENLLPRKVPSS 96
              S ++L+PR++P S
Sbjct:     20 SFDHLVPRQLPPS 32
```

>gi|189205 nerve growth factor receptor [Homo sapiens] >pir|A25218|GQHUN nerve
    growth factor receptor precursor, low affinity - human
        >sp|P08138|NGFR_HUMAN LOW-AFFINITY NERVE GROWTH FACTOR RECEPTOR
        PRECURSOR (NGF RECEPTOR) (GP80-LNGFR). >gi|189207 nerve growth
        factor receptor protein [Homo sapiens] {SUB 1-22}
        Length = 427

  Plus Strand HSPs:

 Score = 51 (23.4 bits), Expect = 3.2, Sum P(2) = 0.96
 Identities = 9/25 (36%), Positives = 13/25 (52%), Frame = +3

```
Query:     15 CLRCTRCDSGEVELSPCTTTRNTVC 89
              C C  C++G  +  C  +NTVC
Sbjct:    122 CEACRVCEAGSGLVFSCQDKQNTVC 146
```

 Score = 45 (20.6 bits), Expect = 3.2, Sum P(2) = 0.96
 Identities = 6/10 (60%), Positives = 8/10 (80%), Frame = +2

```
Query:    185 DCTPWSDIEC 214
              +CT W+D EC
Sbjct:    179 ECTRWADAEC 188
```

 Score = 36 (16.5 bits), Expect = 3.7, Sum P(3) = 0.98
 Identities = 6/14 (42%), Positives = 7/14 (50%), Frame = +3

```
Query:     24 CTRCDSGEVELSPC 65
              C C+ GE    PC
Sbjct:     44 CKACNLGEGVAQPC 57
```

 Score = 36 (16.5 bits), Expect = 3.7, Sum P(3) = 0.98
 Identities = 5/14 (35%), Positives = 9/14 (64%), Frame = +1

```
Query:     70 RPETQCVQCXEGTF 111
              +  T C +C +GT+
Sbjct:    141 KQNTVCEECPDGTY 154
```

**Thu May 29 15:23:24 EDT 2003**

George Komatsoulis                [HGS Home] [Protein Projects] [Protein Documentation]                HGS Protein Projects
05/29/2003 15:23:24        [Test Results Query] [Protein Query] [Assay Types] [Cell Types] [Cell Lines] [Logout]        Version 2.0

http://w3.hgsi.com/rd/assay/get_project_all_restore.cgi?proj_id=3350&date=24nov96                Page 11 of 11

TNF/TNFR Working Party Distribution List for October 18, 1995 Team Meeting

SB
Edward R Appelbaum
M. Burke
E. Dul
Edward R Gimmi
Don E Griswold
Jeremy A Harrop
Yen Sen Ho-1
Mark R Hurle
John C Lee
Sally D Lyn
Gordon P Moore
Terence Porter
Manjula P Reddy
Carol Silverman
Kong B Tan
Ping Tsui-1
X. Wang
Peter R Young
T. L. Yue

HGS
Reiner Gentz
Jian Ni
Guo-Liang Yu
Susan Lackey

SB cc: List
Sherin S Abdel-Meguid
Christine M Debouck
Giora Z Feuerstein
George I Glover
Maxine Gowen
C Preston Hensley
Zdenka L Jonak
Kristy Kikly-1
Loretta C McCauley
Jo Anne Mackey
Andrew J Nichols
Martin Rosenberg
Allan R Shatzman
Theodore J Torphy

Document Management UW 2309

TNF/TNFR Working Party: Minutes of October 18, 1995 SB/HGS Joint Meeting
Meeting held at Upper Merion on October 18, 1995.
Attendee:
SB: E. Appelbaum, M. Burke, E. Dul, J. Harrop, M. Hurle, Z. Jonak, K. Krikly,
J. Lee, S. Lyn, G. Moore, M. Reddy, K.B. Tan, P. Tsui, A. Truneh, P. Young, X.
Wang, T.L. Yue
HGS: R. Gentz, J. Ni, G-L. Yu,


P. Young presented a critical path depicting key components a strategy for
identification of gene function for TNF/TNFR related genes (overhead PY1).


M. Hurle reviewed the sequences of 8 novel TNFR like and 3 TNF like genes
(overheads MH1-6).


J. Ni reviewed for the group the current members of known TNF and TNFR
superfamily, as well as the recently described associated proteins. Many of the
known proteins are present in the HGS database as full length genes. The rat Fas
ligand like molecule has been expressed in E. coli and polyclonal antibody is
generated. The second TNF like ligand, termed TNFγ or EDAP, is being pursued
by HGS as a novel antiviral agent. This molecule has been expressed and purified
at HGS. The third TNF like ligand has been shown to be expressed in most tissues
with the highest expression in the heart. Of the eight novel TNFR like proteins, one
appears to be a soluble receptor to which antibody has been made. HGS is more
interested in working on the ligands than the receptors.


K.B. Tan reviewed the tissue/cell distribution of the 5 most interesting TNF/TNFR
genes. The results are summarized in overheads KB1-8. Most of this genes (TR2,
TR3 and TL1) appear to be primarily expressed in hematopoietic cells while TR1
message was found in an osteoclast cell line. A larger size message for TR1 was
also found in a hematopoietic precursor and a T cell line.


P. Young/S. Lynn provided an update on the efforts of cloning and expressing
what is now known as TR2. Expression of the human IgG1 Fc-fusion protein
mammalian cells is successful. Monoclonal antibody production has been initiated.


E. Applebaum reported the expression of the rat Fas ligand homolog in two fusion
constructs as epitope tagged proteins.

A number of issues surfaced during the ensuing discussion period and they are listed below with solutions and/or action plans:

1. *Nomenclature*

   Given that there are multiple designations of the original ESTs by HGS and subsequent names/numbers given by SB/ATG and the increasing number of interesting molecules, it has become apparent that an unified nomenclature should be established. It was agreed all the novel TNF/TNFR related full length genes will have T as the first prefix to denote their homology to these superfamilies, followed by L or R to denote membership to the ligand or receptor superfamily, followed by a unique number for each unique full length novel sequence. Splice variants will be sub-classified with an alphabet; e.g. TR2a for HLHAB49 (see also post meeting Tables 1 and 2 in AT1-2 for details).

2. *Focus*

   HGS will focus on putative ligands and SB on the receptors

3. *Sequence errors/differences between HGS and SB*

   Consultation among the two parties is recommended before any work is to be done. Any discrepancies in sequence that may have impact on patents must seek legal input.

4. *Spliced variants*

   Whether spliced variants are meaningful targets would require further confirmation by PCR of the inserts and TNT tests should be conducted.

5. *Reagent for exchange*

   Currently, the following tool reagents are available:
   SB: TR2-Ig
   HGS: TL1 and TR1 proteins and antisera to TL2 and TR1

6. *Coordination of expression efforts*

   SB will concentrate on expressing all TR molecules and some TL proteins
   HGS will express all TL proteins

7. *Third party MTA*

   <u>Established through HGS:</u>

a. Alan Porter (U. Singapore) on TR2 (signal transduction) and TRAP clones (2 hybrid screen)

b. Kwon (Indiana U.) on TR2 (genomic cloning and spliced variant)

<u>Pending at HGS:</u>

a. Aggarwal (MD Anderson) on TR1, TL1 etc (biological effects, functions and effect on tumor cells)

b. Dormer (Indiana U.) on novel TRAP molecules

<u>Underdiscussion at SB:</u>

a. Beutler (UTSW) on novel TRs (signaling mechanisms)

b. Kollias (Hellenic Pasteur institute) on novel Tls (transgenic/knockout)

# Critical path



# Novel TNF Receptor Homologs

| Molecule | Project ID | #Clones | #ESTs | Homolog human TNFR-II | % Identity | Length |
|----------|-----------|---------|-------|----------------------|-----------|--------|
| TR1 | HSABHI3 | 5 | 11 | | 28% | 402aa |
| TR2 | HLHAB49 | 15 | 58 | mouse CD40 | 29% | 284aa |
| TR2a | HHHFFT79 | 3 | 18 | (splice of TR2) | | |
| TR2b | HMSBZS9 | 2 | 17 | (splice of TR2) | | |
| TR2c | HROAG75 | 1 | 2 | (splice of TR2) | | |
| TR3 | HTTBN61 | 3 | 5 | human TNFR-I | 37% | 71aa (extracellular) |
| TR4 | HSAVO45 | 1 | 3 | mouse TNFR-I | 48% | 79aa (death domain) |
| TR5 | HTXEI33 | 1 | 4 | human 4-1BB | 100% | 255aa (splice) |

Other non-full length clones (class 2) in ATG/HGS database not listed above*

| | |
|---|---|
| TNFR I | 2 |
| TNFR II | 1 |
| OX40 | 2 |
| Fas | 2 |
| CD40 | 4 |
| CD27 | 1 |
| CrmB | 1 |
| 4-1BB | 1 |

* sequence analysis in progress

A. Truneh: October 27, 1995

# Novel TNF (Ligand) Homologs

| Molecule | Project ID | #Clones | #ESTs | Homolog | % Identity | Length |
|----------|-----------|---------|-------|---------|-----------|--------|
| TL1 | HUVEO91 | 4 | 29 | human TNFα | 30% | 216aa |
| TL2 | HTPAN08 | 17 | 36 | rat Fas ligand | 27% | 125aa |
| TL3 | HLTBT71 | 12 | 28 | rat TNFα | 27% | 120aa |
| TL4 | HPDD012 | | | | | |

Other non-full length clones (class 2) in ATG/HGS database not listed above*

| | |
|---|---|
| LT-α | 2 |
| LT-β | 1 |
| Fas Ligand | 3 |
| CD30 Ligand | 2 |

* sequence analysis in progress

ATZ

*A. Truneh: October 27, 1995*

## Novel TNF Receptors and Ligands

| Molecule | Project ID | #Clones | #ESTs | Homolog | % Identity | Length | |
|---|---|---|---|---|---|---|---|
| TNFR-L1 | HSABH13 | 5 | 11 | human TNFR-2 | 28% | 402aa | |
| TNFR-L2 | HLHAB49 | 15 | 58 | mouse CD40 | 29% | 284aa | |
| TNFR-L2a | HHFFT79 | 3 | 18 | (splice of TNFR-L2) | | | |
| TNFR-L2b | HMSBZ59 | 2 | 17 | (splice of TNFR-L2) | | | |
| TNFR-L2c | HROAG75 | 1 | 2 | (splice of TNFR-L2) | | | |
| TNFR-L3 | HTTBN61 | 3 | 5 | human TNFR-1 | 37% | 71aa | (extracellular) |
| TNFR-L4 | HSAVO45 | 1 | 3 | mouse TNFR-1 | 48% | 79aa | (death domain) |
| 41BB-L1 | HTXEI33 | 1 | 4 | human 4-1BB | 100% | 255aa | (splice) |
| TNF | HUVEO91 | 4 | 29 | human TNFα | 30% | 216aa | |
| TNF | HTPAN08 | 17 | 36 | rat Fas ligand | 27% | 125aa | |
| TNF | HLTBT71 | 12 | 28 | rat TNFα | 27% | 120aa | |

## Novel TNR Receptor-Related Molecules





(5' UTR)

203

132

317

47

84

HLHAB49
HTOAU65
HT1SB52
HTOBH42

HHFFT79
(HBNAT51)
(HT4SI80)

HMSBZ59
(HFNBE43)

(HROAG75)

All solid lines have sequence in common
Sizes of splice inserts are shown inside oval-shaped symbol
Project IDs for full length sequences or (individual ESTs) are shown

## Novel TNF-Related Molecules



# Summary of Receptor Expression

- Sequenced HTOAU65 (103902)
  - Named this TNFRL2
  - TNFRL2 differs from patent
    - Position 41 (Ser to Phe)
    - Position 17 is Arg (Lys in some ESTs)
    - one silent change

- Cloned into mammalian expression vector COSFc
  - Re-engineered start codon

- Expressed Human IgG1 Fc-fusion TNFRL2
  - COS cells
  - CHO-E1a

- Monoclonal antibody production initiated

- Sequenced  HSABH13(195197)
  - Named this TNFRL1
  - Sequence different from patent
    - C 1077 missing
    - Altered C-terminus and an 11 aa longer protein

PY 2

```
                          325532   TGAGTTCCTC TGCTGGAGTT CATCCTGCTA GCTGGGTTCC CGAGCTGCCG
                          103902   .......... .......... .......... .......... ..........
                 Tnfr12fctextcontig_1   CTATATAAGC AGAGCTGGGT ACGTGAACCG TCAGATCGCC TGGAGACGCC

                                   251
                          338804   .......... ....ATGGA GCCTCCTGGA GACTGGGGGC CTCCTCCCTG
                          338805   GTCTGAGCCT GAGGCATGGA GCCTCCTGGA GACTGGGGGC CTCCTCCCTG   300
                          Tnfr12   ......CCT GAGGCATGGA GCCTCCTGGA GACTGGGGGC CTCCTCCCTG
                          355073   ......CCT GAGGCATGGA GCCTCCTGGA GACTGGGGGC CTCCTCCCTG
                          325531   GTCTGAGCCT GAGGCATGGA GCCTCCTGGA GACTGGGGGC CTCCTCCCTG
                          325532   GTCTGAGCCT GAGGCATGGA GCCTCCTGGA GACTGGGGGC CTCCTCCCTG
                          103902   .......... .......... .......... .......... ..........
                 Tnfr12fctextcontig_1   ATGCAATTCG CAGCCATGGA GCCTCCTGGA GACTGGGGGC CTCCTCCCTG

                                   301                Lys
                          338804   GAGATCCACC CCCAAAACCG ACGTCTTGAG GCTGGTGCTG TATCTCACCT
                          338805   GAGATCCACC CCCAAAACCG ACGTCTTGAG GCTGGTGCTG TATCTCACCT   350
                          Tnfr12   GAGATCCACC CCCAGAACCG ACGTCTTGAG GCTGGTGCTG TATCTCACCT
                          355073   GAGATCCACC CCCAGAACCG ACGTCTTGAG GCTGGTGCTG TATCTCACCT
                          325531   GAGATCCACC CCCAGAACCG ACGTCTTGAG GCTGGTGCTG TATCTCACCT
                          325532   GAGATCCACC CCCAGAACCG ACGTCTTGAG GCTGGTACTG TATCTCACCT
                          103902   .......... .......... .......... .......... ..........
                 Tnfr12fctextcontig_1   GAGATCCACC CCCAGAACCG ACGTCTTGAG GCTGGTGCTG TATCTCACCT

                                   351                            Arg           Ser
                          338804   TCCTGGGAGC CCCCTGCTAC GCCCCAGCTC TGCCGTTCTG CAAGGAGGAC
                          338805   TCCTGGGAGC CCCCTGCTAC GCCCCAGCTC TGCCGTTCTG CAAGGAGGAC   400
                          Tnfr12   TCCTGGGAGC CCCCTGCTAC GCCCCAGCTC TGCCGTTCTG CAAGGAGGAC
                          355073   TCCTGGGAGC CCCCTGCTAC GCCCCAGCTC TGCCGTTCTG CAAGGAGGAC
                          325531   TCCTGGGAGC CCCCTGCTAC GCCCCAGCTC TGCCGTTCTG CAAGGAGGAC
                          325532   TCCTGGGAGC CCCCTCTAC GCCCCAGCTC TGCCGTTCTG CAAGGAGGAC
                          103902   .......... .......... .......... .......... ..........
                 Tnfr12fctextcontig_1   TCCTGGGAGC CCCCTGCTAC GCCCCAGCTC TGCCGTTCTG CAAGGAGGAC
                                                                       Phe
                                   401
                          338804   GAGTACCCAG TGGGCTCCGA GTGCTGCCCC AAGTGCAGTC CAGGTTATCG
                          338805   GAGTACCCAG TGGGCTCCGA GTGCTGCCCC AAGTGCAGTC CAGGTTATCG   450
                          Tnfr12   GAGTACCCAG TGGGCTCCGA GTGCTGCCCC AAGTGCAGTC CAGGTTATCG
                          355073   GAGTACCCAG TGGGCTCCGA GTGCTGCCCC AAGTGCAGTC CAGGTTATCG
                          325531   GAGTACCCAG TGGGCTCCGA GTGCTGCCCC AAGTGCAGTC CAGGTTATCG
                          325532   GAGTACCCAG TGGGCTCCGA GTGCTGCCCC AAGTGCAGTC CAGGTTATCG
                          103902   .....AATTC CCCGGGNCGA GTGCTGCCCC AAGTGCAGTC CAGGTTATCG
                 Tnfr12fctextcontig_1   GAGTACCCAG TGGGCTCCGA GTGCTGCCCC AAGTGCAGTC CAGGTTATCG

                                   451
                          338804   TGTGAAGGAG GCCTGCGGGG AGCTGACGGG CACAGTGTGT GAACCCTGCC
                          338805   TGTGAAGGAG GCCTGCGGGG AGCTGACGGG CACAGTGTGT GAACCCTGCC   500
                          Tnfr12   TGTGAAGGAG GCCTGCGGGG AGCTGACGGG CACAGTGTGT GAACCCTGCC
                          355073   TGTGAAGGAG GCCTGCGGGG AGCTGACGGG CACAGTGTGT GAACCCTGCC
                          325531   TGTGAAGGAG GCCTGCGGGG AGCTGACGGG CACAGTGTGT GAACCCTGCC
                          325532   TGTGAAGGAG GCCTGCGGGG AGCTGACGGG CACAGTGTGT GAACCCTGCC
                          103902   TGTGAAGGAG GCCTGCGGGG AGCTGACGGG CACAGTGTGT GAACCCTGCC
                 Tnfr12fctextcontig_1   TGTGAAGGAG GCCTGCGGGG AGCTGACGGG CACAGTGTGT GAACCCTGCC

                                   501
                          338804   CTCCAGGCAA CTACATTGCC CACCTCAATG GCCTAAGCAA GTGTCTGCAG
                          338805   CTCCAGGCAA CTACATTGCC CACCTCAATG GCCTAAGCAA GTGTCTGCAG   550
                          Tnfr12   CTCCAGGCAC CTACATTGCC CACCTCAATG GCCTAAGCAA GTGTCTGCAG
                          355073   CTCCAGGCAC CTACATTGCC CACCTCAATG GCCTAAGCAA GTGTCTGCAG
                          325531   CTCCAGGCAC CTACATTGCC CACCTCAATG GCCTAAGCAA GTGTCTGCAG
                          325532   CTCCAGGCAC CTACATTGCC CACCTCAATG GCCTAAGCAA GTGTCTGCAG
                          103902   CTCCAGGCAC CTACATTGCC CACCTCAATG GCCTAAGCAA GTNTCTGCAG
                 Tnfr12fctextcontig_1   CTCCAGGCAC CTACATTGCC CACCTCAATG GCCTAAGCAA GTGTCTGCAG

                                   551
                          338804   TGCCAAATGT GTGACCCAGC CATGGGCCTG CGCGCGAGCC GGAACTGCTC   600
```

*Sally Lyn*

GAP of: Tnfrl2.Pep che.   4189  from: 1 to: 283

TRANSLATE of: tnfrl2.seq check: 9389 from: 9 to: 857
generated symbols 1 to: 283.
TNF receptor like 2 sequence was copied from HGS full length report
filename 103902.000, HGS code 103902, Project ID:HT1SB52
 REFORMAT of: Tnfr2.Seq check: -1 from: 1 to: 881  May 16, 1995 13:54
 (No documentation) . . .

     to: Tnfrl2fclink.Pep  check: 9984  from: 1 to: 432

TRANSLATE of: tnfrl2fclink.seq check: 768 from: 665 to: 1960
generated symbols 1 to: 432.
Tnfrl2fclink is sequenced 103902fc (EcoRI Asp718 of
Tnfrl2fcContig1.seq) in Cosfclink.
COSFclink  is SFcrlcos4 with the hinge CH2CH3 region of. human IgG
inserted in place of the FcR cDNA and a 27bp linker inserted upstream

Symbol comparison table: Gencoredisk:[Gcgcore.Data.Rundata]Nwsgappep.Cmp
CompCheck: 1254

          Gap Weight:  3.000    Average Match:  0.540
          Length Weight:  0.100   Average Mismatch: -0.396

          Quality:  315.8        Length:    439
          Ratio:  1.116          Gaps:      6
   Percent Similarity: 85.145  Percent Identity: 76.812

Tnfrl2.Pep x Tnfrl2fclink.Pep August 11, 1995 10:46  ..

```
     1 MEPPGDWGPPPWRSTPRTDVLRLVLYLTFLGAPCYAPALESCKEDEYPVG 50
       ||||||||||||||||||||||||||||||||||||||||||| |||||||
SB --> 1 MEPPGDWGPPPWRSTPRTDVLRLVLYLTFLGAPCYAPALEFCKEDEYPVG 50    Zeeta Cys

    51 SECCPKCSPGYRVKEACGELTGTVCEPCPPGTYIAHLNGLSKCLQCQMCD 100
       ||||||||||||||||||||||||||||||||||||||||||||||||||
    51 SECCPKCSPGYRVKEACGELTGTVCEPCPPGTYIAHLNGLSKCLQCQMCD 100

   101 PAMGLRASRNCSRTENAVCGCSPGHFCIVQDGDHCAACRAYATSSPGQRV 150
       ||||||||||||||||||||||||||||||||||||||||||||||||||
   101 PAMGLRASRNCSRTENAVCGCSPGHFCIVQDGDHCAACRAYATSSPGQRV 150

   151 QKGGTESQDTLCQNCPPGTFSPNGTLEECQHQTKCSWLVTKA....GAGT 196
       |||||||||||||||||||||||||||||||||||||||||     |'||
   151 QKGGTESQDTLCQNCPPGTFSPNGTLEECQHQTKCSWLVTKARSIBGRGT 150

   197 S.....................SSHWVWWFLSGSLVIVIVCSTVGLIICV. 225
        :|:.:||:|  .  .::::.|.::::.|
   201 EPKSADKTHTCPPCPAPELLGGPSVFLFPPKPKDTLMISRTPEVTCVVVD 250

   226 ................KRRKPRGD........VVKVIVSVQRKRQE 247
        ||||:  ||.|:. ::+..: :
   251 VSHEDPEVKFNWYVDGVEVHNAKTKPREEQYNSTYRVVSVLTVLHQDWLN 300

   248 AEGEATVI..EALQAPPDVTTVAVEETIPSFTGRSPNh........... 283
        :|:. .::. .||.|| .|.||..|..:..
   301 GKEYKCKVSNKALPAP.......IEKTISKAKGQPREPQVYTLPPSRDEL 343
```

Sally Lyn

PY4



Figure 6. Schematic Representation of the sTNF-RSS Domain Fold (See also Figures 4 and 5.) The three disulfide bridges are represented by very thick lines and the structurally conserved parts by thick lines. (Here residues 55–60, 70–76, and 83–97 of domain 2 are taken as conserved; these superpose on domain 3 with an RMS error of 0.98 Å.) In the nonconserved regions, the domain 2 structure is shown as a medium line and the domain 3 structure as a thin line. The N- and C-terminal domains are marked N and C, respectively; the arrows are a reminder that the interdomain connections are not conserved. The second up-strand from loop 3 to the C-terminus carries the conserved Asp/Asn–Thr–Val motif, indicated by D, T, and V, and runs behind the down-strand. The conserved Ser is marked S, and the three strand-bridging hydrogen bonds it makes to D and T are shown as dotted lines. A β meander lies in front of the V and the third disulfide bridge. The conserved Tyr/Phe is indicated by F. It reaches from loop 1 behind the second disulfide bridge and packs against the conserved Asp/Asn to Ser bridge (D═S). The β turn positions are indicated by β.

# Receptor-IgFc fusions



TNFRL

Factor Xa

IgG1-Fc

DVr

# COOMASSIE STAINED SDS-PAGE GEL ANALYSIS OF 8UG TNFRL2Fc UNDER REDUCING AND NON-REDUCING CONDITIONS

BESTFIT of: Stnfrl1.Seq  check: 8473  from: 1 to: 1173

REFORMAT of: Stnfrlikel.Seq  check: -1  from: 1  to: .1173  May 9, 1995 10:28
Coding region of soluble TNFR pulled from ATG full length report
80245.000, project ID: HSABH13 (full length clone = 195197)

to: 195197contigedtext.Seq  check: 4750  from: 1  to: 1850

Symbol comparison table: Gencoredisk:[Gcgcore.Data.Rundata]Swgapdna.Cmp
CompCheck: 5234

    Gap Weight: .5.000    . . Average Match:- 1.000 .
    Length Weight: 0.300    Average Mismatch: -0.900

      Quality: 1166.7         Length:  1173
        Ratio: 0.995            Gaps:    1
 Percent Similarity: 100.000  Percent Identity: 100.000

Stnfrl1.Seq x 195197contigedtext.Seq October 17, 1995 16:21  ..

```
A TEXT  951 GGCATGCAAACCCAGTGACCAGATCCTGAAGCTGCTCAGTTTGTGGCGAA 1000
            ||||||||||||||||||||||||||||||||||||||||||||||||||
δ CLONE 1270 GGCATGCAAACCCAGTGACCAGATCCTGAAGCTGCTCAGTTTGTGGCGAA 1319

       1001 TAAAAAATGGCGACCAAGACACCTTGAAGGGCCTAATGCACGCACTAAAG 1050
            ||||| |||||||||||||||||||||||||||||||||||||||||||||
       1320 TAAAAAATGGCGACCAAGACACCTTGAAGGGCCTAATGCACGCACTAAAG 1369

       1051 CACTCAAAGACGTACCACTTTCCCACAAACTGTCACTCAGAGTCTAAAGA 1100
            |||||||||||||||||||||||||| |||||||||||||||||||||||
       1370 CACTCAAAGACGTACCACTTTCCCA AAACTGTCACTCAGAGTCTAAAGA 1418

       1101 AGACCATCAGGTTCCTTCACAGCTTCACAATGTACAAATTGTATCAGAAG 1150
            ||||||||||||||||||||||||||||||||||||||||||||||||||
       1419 AGACCATCAGGTTCCTTCACAGCTTCACAATGTACAAATTGTATCAGAAG 1468

       1151 TTATTTTTAGAAATGATAGGTAA 1173
            |||||||||||||||||||||||
       1469 TTATTTTTAGAAATGATAGGTAA 1491
```





TRANSLATE of: stnfrlike1.seq   .eck: 8473 from: 1 to 1173
generated symbols 1 to: 391.

REFORMAT of: Stnfrlike1.Seq  check: -1  from: 1  to: 1173  May 9, 1995 10:28
(No documentation)

Stnfrlike1.pep  Length: 391  May 9, 1995 16:13  Type: P Check: 8773  ..

ATENT    1  MNKLLCCALV FLDISIKWTT QETFPPKYLH YDEETSHQLL CDKCPPGTYL

        51  KQHCTAKWKT VCAPCPDHYY TDSWHTSDEC LYCSPVCKEL QYVKQECNRT

       101  HNRVCECKEG RYLEIEFCLK HRSCPPGFGV VQAGTPERNT VCKRCPDGFF

       151  SNETSSKAPC RKHTNCSVFG LLLTQKGNAT HDNICSGNSE STQKCGIDVT

       201  LCEEAFFRFA VPTKFTPNWL SVLVDNLPGT KVNAESVERI KRQHSSQEQT

       251  FQLLKLWKHQ NKDQDIVKKI IQDIDLCENS VQRHIGHANL TFEQLRSLME

       301  SLPGKKVGAE DIEKTIKACK PSDQILKLLS LWRIKNGDQD TLKGLMHALK

       351  HSKTYHFPTN CHSESKEDHQ VPSQLHNVQI VSEVIFRNDR *

TRANSLATE of: 195197contigedtext.seq check: 4750 from: 320 to: 1525
generated symbols 1 to: 402.

195197contigedtext.Pep  Length: 402  October 17, 1995 17:01  Type: P  Check: 5187  ..

3CLONE   1  MNKLLCCALV FLDISIKWTT QETFPPKYLH YDEETSHQLL CDKCPPGTYL

        51  KQHCTAKWKT VCAPCPDHYY TDSWHTSDEC LYCSPVCKEL QYVKQECNRT

       101  HNRVCECKEG RYLEIEFCLK HRSCPPGFGV VQAGTPERNT VCKRCPDGFF

       151  SNETSSKAPC RKHTNCSVFG LLLTQKGNAT HDNICSGNSE STQKCGIDVT

       201  LCEEAFFRFA VPTKFTPNWL SVLVDNLPGT KVNAESVERI KRQHSSQEQT

       251  FQLLKLWKHQ NKDQDIVKKI IQDIDLCENS VQRHIGHANL TFEQLRSLME

       301  SLPGKKVGAE DIEKTIKACK PSDQILKLLS LWRIKNGDQD TLKGLMHALK

       351  HSKTYHFPKT VTQSLKKTIR FLHSFTMYKL YQKLFLEMIG NQVQSVKISC

       401  L*

PY10

```
    BESTFIT of: Stnfrl1.Pep   check: 8773  from: 1  to: 391

  TRANSLATE of: stnfrlike1.seq check: 8473 from: 1 to: 1173
  generated symbols 1 to: 391.
    REFORMAT of: Stnfrlike1.Seq  check: -1  from: 1  to: 1173  May  9, 1995 10:28
    (No documentation)

    to: 195197contigedtext.Pep  check: 5187  from: 1  to: 402

  TRANSLATE of: 195197contigedtext.seq check: 4750 from: 320 to: 1525
  generated symbols 1 to: 402.

  Symbol comparison table: Gencoredisk:[Gcgcore.Data.Rundata]Swgappep.Cmp
  CompCheck: 1254

        Gap Weight:  3.000       Average Match:   0.540
        Length Weight: 0.100    Average Mismatch: -0.396

           Quality:  543.8           Length:    400
             Ratio:  1.424             Gaps:       1
   Percent Similarity: 95.812    Percent Identity: 94.764

... Stnfrl1.Pep x 195197contigedtext.Pep October 17, 1995 17:02 ...
```

PATENT
```
    1 MNKLLCCALVFLDISIKWTTQETFPPKYLHYDEETSHQLLCDKCPPGTYL 50
      ||||||||||||||||||||||||||||||||||||||||||||||||||
```
JB CLONE
```
    1 MNKLLCCALVFLDISIKWTTQETFPPKYLHYDEETSHQLLCDKCPPGTYL 50

   51 KQHCTAKWKTVCAPCPDHYYTDSWHTSDECLYCSPVCKELQYVKQECNRT 100
      |||||||||||||||||||||||||||||||||||||||||||||||||
   51 KQHCTAKWKTVCAPCPDHYYTDSWHTSDECLYCSPVCKELQYVKQECNRT 100

  101 HNRVCECKEGRYLEIEFCLKHRSCPPGFGVVQAGTPERNTVCKRCPDGFF 150
      |||||||||||||||||||||||||||||||||||||||||||||||||
  101 HNRVCECKEGRYLEIEFCLKHRSCPPGFGVVQAGTPERNTVCKRCPDGFF 150

  151 SNETSSKAPCRKHTNCSVFGLLLTQKGNATHDNICSGNSESTQKCGIDVT 200
      |||||||||||||||||||||||||||||||||||||||||||||||||
  151 SNETSSKAPCRKHTNCSVFGLLLTQKGNATHDNICSGNSESTQKCGIDVT 200

  201 LCEEAFFRFAVPTKFTPNWLSVLVDNLPGTKVNAESVERIKRQHSSQEQT 250
      |||||||||||||||||||||||||||||||||||||||||||||||||
  201 LCEEAFFRFAVPTKFTPNWLSVLVDNLPGTKVNAESVERIKRQHSSQEQT 250

  251 FQLLKLWKHQNKDQDIVKKIIQDIDLCENSVQRHIGHANLTFEQLPSLME 300
      |||||||||||||||||||||||||||||||||||||||||||||||||
  251 FQLLKLWKHQNKDQDIVKKIIQDIDLCENSVQRHIGHANLTFEQLPSLME 300

  301 SLPGKKVGAEDIEKTIKACKPSDQILKLLSLWRIKNGDQDTLKGLMHALK 350
      |||||||||||||||||||||||||||||||||||||||||||||||||
  301 SLPGKKVGAEDIEKTIKACKPSDQILKLLSLWRIKNGDQDTLKGLMHALK 350

  351 HSKTYHFPTNCHSESKED................HQVPSQLHNVQIVS 382
      ||||||||... . |..             |    : .|::.|.| :
  351 HSKTYHFPKTVTQSLKKTIRFLHSFTMYKLYQKLFLEMIGNQVQSVKISC 400
```

# Ligands

## 1. Fas ligand-like                                        HTPAN08

I, Protein was purified from E. coli. expression system.

II, Polyclonal antibody was made.

III, Expression and purification of protein from baculovirus is in progress.

VI, Expression in COS and CHO cells is in progress.

V, Functional study is in progress.

# Ligands

## 2. TNF-like (TNF gamma)        <u>HUVEO91</u>

I, Two new constructs with different N-terminal sequences (no tag) were made, and expressed in E. coli. Protein was purified.

II, Functional Study is in progress.

III, Polyclonal and monoclonal antibodies are not available at present.

VI, Expression in COS and CHO cells is in progress.

V, Expression level of protein in baculovirus is low.

# TNF Ligand, Receptor and Receptor Associated Factor Superfamily

I, Overview

II, Class I TNF Ligand, Receptor and Receptor Associated Factor Superfamily Members in HGS Database

III, Novel TNF Ligand, Receptor and Receptor Associated Factor Superfamily Members in HGS Database

| Ligands | Receptors | Receptor Associated Factors |
|---|---|---|
| 1, TNFα | TNFR1 | FADD (MORT1), TRADD, TRAP-1, TRAP-2, TRAK, RIP, |
| 2, LTα | TNFR2 | EB16 (TRAF1), TRAF2 (TRAP-3), TRAF3 (CD40bp, LAP-1, CRAF-1, CAP-1) |
| 3, LTβ | TNFR-RP (LTβR) | EB16 (TRAF1) |
| 4, FasL | Fas (APO-1) | FADD (MORT1), TRADD, RIP, FAP-1, FAST |
| 5, CD40L | CD40 | TRAF3 (CD40bp, LAP-1, CRAF-1, CAP-1) TRAF2 (TRAP-3), EB16 (TRAF1) |
| 6, CD30L | CD30 | ?? |
| 7, CD27L | CD27 | ?? |
| 8, 4-1BBL | 4-1BB | ?? |
| 9, OX40L | OX40 | ?? |
| 10, | NGFR | . |
| 11, | PV-T2 (MyxomaT2) | ?? |
| 12, | PV-A53R | ?? |
| 13, | ECP1 | ?? |
| 14, | Cowpox CrmB | ?? |
| 15, | VVsalF19R | ?? |
| 16, | SFVT2 | ?? |
| 17, | G4R | ?? |
| 18, | C22/B28R | ?? |
| 19, | G2R | ?? |

# TNF Signal transducers

## I, Receptor Associated Factors:

1, EB16 (TRAF1),

2, TRAP-3(TRAF2),

3, TRAF3 (CD40bp, LAP-1, CRAF-1, CAP-1, TRAF2)

4, FADD (MORT1),

5, TRADD,

6, TRAP-1,

7, TRAP-2,

8, RIP

## II, Protein Tyrosine Phosphatases :

FAP-1

## III, Protein Tyrosine Kinases:

1, TRAK

2, FAST

# Class I TNF Ligand, Receptor and Receptor Associated Factor Superfamily Members in HGS Database

## Ligands

| | | |
|---|---|---|
| 1, TNFα | Yes, Full length, | HMPAD01 |
| 2, LTα | Yes, Full length, | HTAAU17 |
| 3, LTβ | Yes, Full length, | HNHCT93 |
| 4, FasL | Yes, Full length, | HNFCO16 |
| 5, CD40L | Yes, -320bp, | HLQAV55R |
| 6, CD30L | Yes, -1000bp, | HSAVS23 |
| 7, CD27L | Yes, Full length, | HRGSD45 |
| 8, 4-1BBL | ??, | ?? |
| 9, OX40L | Yes, Full length, | HEMDB62 |

TN/6

# Receptor Associated Factors

### 1, EB16 (TRAF1)

| | |
|---|---|
| TRAF1(mouse) | Cell Aug. 26 1994 |
| EB16 (human) | Nov. 28, 1994 (Submitted), CellFeb. 10 1995 |
| *HNFDO65 (HEMCL41)* | *Identified during Sept. 1994* |

### 2, TRAP-3 (TRAF2)

| | |
|---|---|
| TRAF2 (mouse) | Cell Aug. 26 1994 |
| TRAP3 (human) | Mar 2 1995, deposited in GenBank, unpublished |
| *HMWCE69* | *Identified during Sept. 1994* |

### 3, TRAF3 (CD40bp, LAP1, CRAF-1, CAP-1)

| | |
|---|---|
| TRAF2 (mouse) | Cell Aug. 26 1994 |
| CD40bp (human) | Sept. 22 1994 (submitted) JBC Dec. 2 1994 |
| LAP1 (human) | Nov. 28,1994 (Submitted), Cell Feb. 10 1995 |
| CRAF-1 (human) | Science 10 1995 |
| CAP-1 (human) | FEBS-Lett Jan 23 1995 |
| *HTXFY28* | *Identified during Sept. 1994* |

### 4, TRAP-1

| | |
|---|---|
| Yes, Partial, | HMEGG76 |

### 5, TRAP-2

| | |
|---|---|
| Yes, Full length, | HSLCL12 |

# Receptors

1, TNFR1          Yes, Full length,     HSLAB61

2, TNFR2          Yes, Full length,     HMEAE09

3, TNFR-RP (LTβR)    Yes, Full length,     HOUEL78

4, Fas (APO)       Yes, Full length,     HSBAW14

5, CD40           Yes, Full length,     HCABR73

6, CD30           Yes, ,-1280bp        HSEBA84

7, CD27           Yes, Full length,     HTTCB46

8, 4-1BB          Yes, Full length,     HTXER26

9, OX40           Yes, Full length,     HT5AI79

10, NGFR         Yes, -900bp         HCE1D55

# Receptor Associated Factors

6, FADD (MORT1)   Yes, Full length,        HMEFX49, HUVCS86

FADD      Feb. 23 1995 (Submitted)  Cell May 19, 1995
MORT1     Jan 30 1995 (Submitted)   JBC April 7, 1995
*HUVCS86 Identified by death domain      Jan 10 1995*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

7, RIP            ??

8, TRADD      Yes, Full, Splicing      HT5AJ62, HT5AD11

9, FAP-1,     Yes, Partial,        HTEKR54

10, TRAK         ??

11, FAST      Yes, Full length,      HODDG78

12, MLN62     Aug. 22 1995 (Deposited in GenBaiK, unpublished)

*HTXAF08 (HRGBO64)Identified on Nov. 1994*

# Novel TNF Ligand, Receptor and Receptor Associated Factor Superfamily Members in HGS Database

# Ligands

## I. Full length genes:

1, Fas ligand-like                                    HTPAN08

2, TNF-like      (TNF gamma)                          HUVEO91

3, TNF-like      (TNF delta)                          HLTBT71

4, TNF-like      (TNF epsilon)                        HPDDO12

## II. Genes are not full length

1, Lymphotoxin-beta-like                              HTGAK40

2, Fas ligand-like                                    HYBAG72

3, Fas ligand-like                                    HEMBK77

4, Fas ligand-like                                    HBNAZ12

5, Lymphotoxin-like                                   HATAF70

6, Lymphotoxin-like                                   HE8CL19

7, CD30L-like                                         HKPAB54

8, CD30L-like                                         HHPFK35

## Receptors

### I. Full length genes

1, TNFR p75-like                    HHFFT79

2, TNFR p75-like                    HMSBZ59

3, TNFR p75-like                    HT1SB52

4, TNFR p75-like                    HSABH13

### II. Genes are not full length

1, TNFR p55-like                    HTTBN61

2, TNFR p75-like                    HHFUB83

3, TNFR p55-like                    HFVGO43

4, OX40-like                        HRDBI28

5, OX40-like                        HTXBO18

6, Fas-like                         HCAAA38

7, CD40-like                        HSIED66

8, CD40-like                        HTXBS40

9, CD40-like                        HELAO61

10, CD40-like                       HETDB40

11, CD27-like                       HCEFL28

12, CrmB-like                       HDSAP50

13, 4-1BB-like                      HOFMB09

# Receptor Associated Factors

## I. Full length genes:

1, TRAF2 (TRAP-3)                    HMWCE69

2, TRAF2-like (MLN62)                HTXAF08X

3, TRADD splicing variant            HT5AJ62RA

4, EB16 (TRAF1)                      HNFDO65

5, TRAF3                             HTXFY28

6, FADD                              HUVCS86

## II. Genes are not full length:

1, FADD-like                         HHFHY89

2, TRAF-like                         HE2PH69

3, TRAF-like                         HETAP39

4, TRAF-like                         HLMCT93

5, TRAF-like                         HL2AH30

6, CD40bp-like                       HUVCY67

7, TRAF-like                         HLHDL86

8, TRAF-like                         HLHCM30

9, TRAF-like                         HJTAC77

Alignment Report of TNFL HGS Fas all, using Clustal method with PAM250 residue weigh ...ule.
Monday, October 16, 1995 10:41 AM



Alignment Report of TNFL  HGS Fas ali, ¦ ¦ Clustal method with PAM250 residue weight ¦.

Monday, October 16, 1995 10:41 AM

```
        - F A S S G G T F F G A V K - V - L
                        330
                         |                                   Majority
178  - S R N T D E T F F G V Q W - U R P
269  - F E E S - Q T F F G L Y K - - - U            h CD27L
193  - L S P S T - V F F G F A - - - U              h FasL
231  - F A R - G K T F F G A V M - V G              h LT
220  - F A E S G Q V Y F G I I A - - - E            h LTbeta
161  - Y T K E D K T F F G A F L - L -              h TNF
237  - N L S P H G T F L G F V K - L                HUVEO91XX
156  - N L S P R G T F L G F V K - L                HLTBT71XX
268  - K D R E A S - F F G A F L - V G              HPDDO12X
                                                     HTPANO8XXX
```

Decoration 'Decoration #1': Shade (with solid bright yellow) residues that match the Consensus exactly.



Phylogenetic tree of TNFL HGS Fas ali, u...n Clustal method with PAM250 residue weight...n.
Monday, October 16, 1995 10:40 AM

Page 1

TN 16



Phylogenetic tree of TNFL H GS all, usin ... ustal method with PAM250 residue weight tabl
Monday, October 16, 1995 5:49 PM

Page 1

Alignment Report of Death Domain Alig, using Clustal method with PAM250 residue weight table.
Tuesday, October 17, 1995 1:24 PM

Page 1



Decoration 'Decoration #1': Shade (with solid bright yellow) residues that match the
Consensus exactly.

Phylogenetic tree of Death Domain Alig    using J. Hein method with PAM250 residue we...,.nt table.
Tuesday, October 17, 1995 1:27 PM

Page



Alignment Report of TNFR h HGS  All, usir ~ "lustal method with PAM250 residue weight tabl~

Monday, October 16, 1995 7:54 PM

Page 1

```
        M L G - - - - - - - - L L W - P L - L G L - L - L A A S - - - P G - - P - - -   Majority
                        10              20                30                40
  1  M - - - - - - - A R P H P L W L C V L G T L V G L S R T P A - - - - - - - - - - -   h CD27 Protein
  1  M I - L P W A T S A P G L A W G D V L G L F G L L Q - - E Q A V R - - - P h        LTbetaR Protein
  1  M G A - - G A T G R A M D G P R L L L L L L G V S L G G A - - - - - - - - -        h NGFR (1a) Protein
  1  M C V - - - G A - - R R L G R G C A A L L L I G G L S T V - - - - - - - -          h OX40 Proein
  1  N G - - L S T V P D L L L - - P L V L E L V G I Y P S G V I C L V H H L G h         h TNFR I Protein
  1  A P V - - - - - - - A V N A A A A V G I E L - M A T A H A L P A Q V A F T P A      h TNFR II Protein
  1  R V L - - - - - - - - - L A A L G I - I F H G L R A F P Q D R F - - S               h CD30 Protein
  1  M V R L P L Q C - - - - V L T G C L - - - - - T A R V H - - P E - - P - - P h       h CD40 Protein
  1  M G N S C Y N I V A T L L L - - V L - - - - - - - - - - - - - - - - - -            h 4-1BB Protein
  1  M L G - - I W T - - - - - D L - P L V L T S V - A R L S E X S V N A Q V T D I N    h Fas protein
  1  M E P - - - - - P G D - - - - W - - - - - - - - - - - - - - G P P F W R S          HT15B52XX
  1  M E P - - - - - P G D - - - - W - - - - - - - - - - - - - - G P P F W R S          HHFFT79XX
  1  N L G - - - - T S G H L V H - - - - L S Q G F S L R G R - - P G S S W - -          HMSE259XX
  1  M N K L - - - - - - L C C A L V L F D I S I K N T T Q E T F P K - - Y L H          HSABH13XX


        - - - - - - - - T V L T C - - - - - - Y L T S G Q - C C S A C P P G T F L V Q   Majority
                        50              60                70                80
 24  - - - - - - - P K - S C P E R H - - - Y W A Q E K L G Q H E P Q Q - - - - K h      h CD27 Protein
 36  Y A - - - - - S E - N Q T G Q E X E Y Y E P Q H R Q C S R T Q - - - Y V S A h      LTbetaR Protein
 29  - - - - - - - E E - A C P T G - - - Y T H S G E - C C K A C N L G E G V A G       h NGFR (1a) Protein
 27  - - - - - - - V C G D T - - - Y P S N D R - C K E C E R E N G M W S h             h OX40 Proein
 36  D R E - - - - K R D S V C P Q G K Y I H - - F Q N N S I C K X C H K G T Y N h     h TNFR I Protein
 32  Y A - - - - - F E P G S T C R - - L R E Y Y D Q T A C M C E S C K H A K V h       h TNFR II Protein
 26  - - - - - - E D T H G N P S H Y Y D K A V R R C C Y R C M G L F T D h            h CD30 Protein
 24  - - - - - - - - - T A C R - E K Q Y L I N S Q - - W E S L C Q P A Q K M S h       h CD40 Protein
 17  - - - - - - N F E R L - - - - - R S L Q D P - - - - E N C A G T - - -           h 4-1BB Protein
 32  S K G L E L R K V - V E T Q N L E G L H H D C G F K K P E D Q R E R K A A R h      h Fas protein
 15  T P - - - - R T D V R - - - - - L V L V T T F L G A F C Y A P A L - - - P         HT15B52XX
 15  T P - - - - R T D V R - - - - - L V L V T T F L G A F C Y A P A L - - - P         HHFFT79XX
 27  - P - - - - V D A T A G - G W C P G L H V V P L S P S S W T P A M G L R A S R     HMSB259XX
 31  Y D - - - - E E T S H - - - - - - - - - - Q L L C D X E S S G T Y X L D          HSABH13XX


        D C T E N E D T V - C - P C C G G S S Y T D - W N - C T K C L - C S - - C D G L   Majority
                        90              100             110             120
 52  D C D Q N R K A A Q E D T C I P G V S F S P - - - - - - - - - - - - - -           h CD27 Protein
 71  X C S R I E D T V - C - A T C A E N S V N E H H T Y L T I C G L C R P - C D P V   h LTbetaR Protein
 56  P G G A N Q - T V - C E P C L D S V T F S D V V S A T E P C K P G T E - S V S H   h NGFR (1a) Protein
 55  R C S R S Q N T V - C - E P C - G P G F Y M D V V S S K - C K P C P D T W - N S   h OX40 Proein
 71  C E P G P G Q D T D R E C E S G S - F R A S E N H L R H C L S C - K R K E h       h TNFR I Protein
 66  F C T K T S D T V - C - D S C E D S T Y T Q L W N W V P E C L S C G S R C S S D   h TNFR II Protein
 57  Q E F Q - R P T D - E R K Q Q E P D Y L D E A D R S A G V T C S R - - -           h CD30 Protein
 50  D C T H F T E T E - C - L P C G L C E F L D T W N R E H H Q H E K Y - C D P N     h CD40 Protein
 37  - Q D - N N R N Q I - S E P P - N S F S S A G Q Q - R T D C R Q C K - -           h 4-1BB Protein
 72  D C M V R G D E P D - F Y P T Q E G K E Y T D K A H F S S K C R R C R - L C D E G h   h Fas protein
 41  S C K E D I Y P V - - - - - - G S E C - - - - - - - C P K D - - - - - S P G Y    HT15B52XX
 41  S C K E D I Y P V - - - - - - G S E C - - - - - - - C P K D - - - - - S P G Y    HHFFT79XX
 61  N C S R T E N A V - C G C S P G L C C V Q D G G R C A A C R A Y A T S S P G Q     HMSB259XX
 53  C K T A X W K T V - C - A P C P D H Y Y D S S R T S D E C I Y G S P V C K E D     HSABH13XX
```

Alignment Report of TNFR h HGS  All, usi   Clustal method with PAM250 residue weight tab
Monday, October 16, 1995 7:54 PM                                                                 Page 2

```
            R G - - - - X Q A C T E T Q D T V C E - C R P G - Y C A - - - - - S - - - - C -   Majority
                            130             140             150             160
 74                                                                 - D H - - - N T R P H C E  h CD27 Protein
108  H G L E E - I A P   T   S K R K Q C R - C Q P G N F C A - - - A W A L E C T   h LTbetaR Protein
 53  G S H S A P - - - C V E A D D A V C R - C A Y G - Y Q D - - - E T T G R C E   h NGFR (la) Protein
 90  R S G S E R K Q L C T A T Q D T V C R -                     - E T T G R C E   h OX40 Proetin
109  M C - Q V E I S S C T V D R D T V C G - C R K N Q Y R H Y W S E N L F Q - - -  h TNFR I Protein
104  Q V E T - - - O V C T R E O N R I C T - C R P G W Y C A L - - S K Q E G C R    h TNFR II Protein
 90  D D L V E - H T P G A W N S S R U C T - C R P G W H C S T - - - S A V N S C A  h CD30 Protein
 87  L G L R V - Q O K C H S E T D T I C T - C E E G W H C T - - - - - S E A C E   h CD40 Protein
 70  - C V F R T R K E C S S T S A E C D - C T P G - - - - - - - - F H - - - - R   h 4-1BB Protein
111  H G L E V E I N - C T R T Q N T K C R - C K P N - - - - - - - - - - - - - - - h Fas protein
 62  R V - - - - R E A P G E L T G V C P C P R C T V A N L N G L S K C L Q C Q    HT1SB52XX
 62  R V - - - - F E A P G E L T G V C P C P R C T V A N L N G L S K C L Q C Q    RHFFT79XX
100  R V - - - - Q K G G T E S O D S L C Q N C P R G - L L S Q W D P G G M S A P D Q  HMS3259XX
 91  Q Y V K - - - O E C N R T H N R V C L C K E G R Y L E I - - - - E - - - - H   HSABH13XX

            - C F P - - - S - C P P G T G V - - L S C T - K Q N T V C - P - - - - - - - -   Majority
                            170             180             190             200
 23  - S C - - - - R H C N S G L - L - V R N C T T T A H A E C A - - - - - - - - -  h CD27 Protein
141  H C E L L - - S D C P P C T E A E L X D E V G G C G M H G H C V H          h LTbetaR Protein
124  A C - - - - R V G E A G S G L - V F R Q D - - - - - - - - - - E E          h NGFR (la) Protein
113  - - - - - R A G T Q P - L D S Y - - P G V D C A P                          h OX40 Proetin
141  C K F N - - C S G L N G T V H - - - L S T Q E P - - - - - - - -            h TNFR I Protein
116  L Q A F L - - R K E P S C G G - A R P G T E S D V V C                      h TNFR II Protein
124  R C K F H - - S V C T A G H I V K F - P G T A J K - - - E H A S P G V S P A  h CD30 Protein
115  S C V L H - - R S C S P G F G V K - Q I A T G V S D T I C E T              h CD40 Protein
 94  - C L G A G C R - - - - - Z - - Q D C K Q G Q E - - - - - -                h 4-1BB Protein
133  - - T F F - C N - - - - - - - - - - - - - S T V C -                        h Fas protein
 92  K C D P - - - - - - - - -                                                 HT1SB52XX
 93  M C D E D I G S P C D L - R C R G H L E A G A H L S P G A Q K G E P D P E V A F  HHFFT79XX
115  V S E F G G G Q L C A L G R C S T L L P N E M T V F S S R K V E G P T L S G T L  HMS3259XX
117  F C L K H - - R S C P P C F G W - V Q A G T P E R R N R C G K R - - - - - - -  HSABH13XX

            - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   Majority
                            210             220             230             240
106  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   h CD27 Protein
170  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   h LTbetaR Protein
149  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   h NGFR (la) Protein
128  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   h OX40 Proetin
167  - T C H A G F F L R E N E C V S C S N C K K S L E - - - - - C T K L C L P Q I E  h TNFR I Protein
164  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   h TNFR II Protein
160  - C A S P E N C K - E P S S G T I P Q A K P T P V S P A T S S A S T M P V R G  h CD30 Protein
146  - - - - - - - - - L T K K G C K D C - - - - - - - - - - - - - - - - - - -   h CD40 Protein
112  - - - - - - - - - - - - - - - - - - - - - - - - - - - C F G T F N          h 4-1BB Protein
141  - - - - - - - - E H C D P C T K C E H G I - - - - - - - I K E C - T L T S   h Fas protein
102  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   HT1SB52XX
137  - E S L S A E P V H A A N G S V P L E P H A R L S H A S A P C G Q A G L H L R D  HHFFT79XX
175  V T C L R P G E L Q G E A C V P Q I T P - - S H G P D K A S S D L S F L E A Q D  HMS3259XX
145  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   HSABH13XX
```



Phylogenetic tree of TNFR h HGS  Aa, using Clustal method with PAM250 residue weight table
Monday, October 16, 1995 7:53 PM

Page 1

## TNFR p55-like HTTBN61

Query= Manual - 0
(1111 letters)

```
gp|M63122|RATTNFR_1     tumor necrosis factor receptor ... +1   107  8.0e-20  5
gp|X59238|XMP55R_1        p55 tumor necrosis factor recep... +1   107  8.0e-20  5
>gp|M63122|RATTNFR_1 tumor necrosis factor receptor [Rattus norvegicus]
        >pir|S|GQRTT1 tumor necrosis factor receptor type 1 precursor - rat
        Length = 461
```

Score = 107 (49.2 bits), Expect = 8.0e-20, Sum P(5) = 8.0e-20
Identities = 21/36 (58%), Positives = 26/36 (72%), Frame = +1

```
Query:  913 LYDVMDAVPARRWKEFVRTKGLREAEIEAVEVEIGR 1020
            LY V+D VP  RWKEF+R  GL E EIE +E++ GR
Sbjct:  366 LYAVVDGVPPTRWKEFMRLLGLSEHEIERLELQNGR 401
```

Score = 70 (32.2 bits), Expect = 8.0e-20, Sum P(5) = 8.0e-20
Identities = 13/32 (40%), Positives = 18/32 (56%), Frame = +1

```
Query:   52 RGTXLKAPCTEPCGNSTCLVCPQDTFLAWENH 147
            +GT L + C P   + C VC + TF A +NH
Sbjct:   54 KGTYLVSDCPSPGQETVCEVCDKGTFTASQNH 95
```

Score = 55 (25.7 bits), Expect = 2.0e-20, Sum P(5) = 8.0e-20
Identities = 11/32 (34%), Positives = 16/32 (50%), Frame = +2

```
Query:  167 AARPVNEQASQVALENCSAVADTRCGCXXGWF 262
            + +  ++  QV +  C A  DC CGCK     F
Sbjct:  101 SCKTCRKEMFQVEISPCKADMDTVCGCKRNQF 132
```

Score = 46 (21.2 bits), Expect = 8.0e-20, Sum P(5) = 8.0e-20
Identities = 7/16 (43%), Positives = 10/16 (62%), Frame = +1

```
Query: 1024 RDQQYEMLKRWRHKQP 1071
            R+  Y ML+ WR + P
Sbjct:  404 REAHYSMLEAWRRRTP 419
```

Score = 39 (17.9 bits), Expect = 8.0e-20, Sum P(5) = 8.0e-20
Identities = 8/18 (44%), Positives = 10/18 (55%), Frame = +2

```
Query:  425 LPCPAPRAPWGAVQSAVP 478
            +P PAP   W V +A P
Sbjct:  338 VPIPAPVRKWEDVVAAQP 355
```

Score = 39 (17.9 bits), Expect = 4.5e-17, Sum P(5) = 4.5e-17
Identities = 6/17 (35%), Positives = 9/17 (52%), Frame = +2

```
Query:  215 CSAVADTRCGCKXGWFV 265
            C    +T C C  G+F+
Sbjct:  158 CKEKQNTVCNCHAGFFL 174
```

Score = 38 (17.5 bits), Expect = 1.1e-06, Sum P(4) = 1.1e-06
Identities = 9/25 (36%), Positives = 10/25 (40%), Frame = +3

```
Query:  546 AWGHPEPTHTATAGLTSPWLLQMKL 620
            AW    F H AT +   L ML
Sbjct:  413 AWRRRTPRHEATLDVVGRVLCDMNL 437
```

## TNFR p55-like HTTBN61

Query= Manual - 0
        (1111 letters)

```
gb|M59377|MUSTNFR2   Murine tumor necrosis factor II recep...   256   5.6e-12   2
gb|M60468|MUSMTNFR1  Mouse tumor necrosis factor receptor ...   256   5.9e-12   2
gb|X59238|MMP55R     Murine mRNA for p55 tumor necrosis fa...   256   6.0e-12   2
gb|L26349|MUSTNFX    Mus musculus Tumor Necrosis Factor Re...   256   6.3e-12   2
gb|X57796|MMTNFRE5   Mouse mRNA for 55-kDa tumor necrosis ...   256   6.3e-12   2
gb|M60275|HUMTNFRP   Human tumor necrosis factor receptor(...   254   1.0e-11   1
gb|A21522|A21522     TNF alpha gene.                             264   1.0e-11   1
gb|M33294|HUMTNFR    Human tumor necrosis factor receptor ...   264   1.0e-11   1
gb|M58286|HUMTNFR5   Homo sapiens tumor necrosis factor re...   264   1.0e-11   1
gb|M63121|HUMTNFRC   Human tumor necrosis factor receptor ...   264   1.0e-11   1
```

>gb|M59377|MUSTNFR2 Murine tumor necrosis factor II receptor (TNFR-2) mRNA,
        complete cds.
        Length = 1956

Plus Strand HSPs:

Score = 256 (71.7 bits), Expect = 5.6e-12, Sum P(2) = 5.6e-12
Identities = 78/112 (69%), Positives = 78/112 (69%), Strand = Plus / Plus

```
Query:    913 CTCTACGACGTGATGGACGCGGTCCCAGCGCGGCGCTGGAAGGAGTTCGTGCGCACGNTG 972
              || ||| ||||||| ||||||||  ||||| ||||| |||||||||||||| |||   ||
Sbjct:   1170 CTGTATGCTGTGGTGGATGGCGTGCTCCAGCGCGCTGGAAGGAGTTCATGCGTTTCATG 1229

Query:    973 GGGCTGCGCGAGGCAGAGATCGAAGCCGTGGAGGTGGAGATCGGCCGCCTTCC 1024
              ||||| |||| |||||| |||||||  |||| ||||||||||| |||||||
Sbjct:   1230 GGGCTGAGCGAGCCAGAGATCGAGAGGCTGGAGATGCAGAACGGGCGCTGCC 1281
```

Score = 63 (24.7 bits), Expect = 5.6e-12, Sum P(2) = 5.6e-12
Identities = 40/68 (58%), Positives = 40/68 (58%), Strand = Plus / Plus

```
Query:    194 TCCCAGGTGGCGCTGGAGAACTGTTCAGCAGTGGCCGACACCCGCGTGGCGTAAGASG 253
              |||||||| |||    | ||  |||| ||||  ||| ||||| ||||  ||||||||| |
Sbjct:    423 TCCCAGGTGGAGATCTCTCCTTGCCAAGCTGACAAGGACACGGTGTGTGGCTGTAAGGAG 482

Query:    254 GGCTGGTT 261
              | |||
Sbjct:    483 AACCAGTT 490
```

TN 24

## TNFR p55-like        HFVGO43

\>gp|M60468|MUSMTNFR1_1 murine tumor necrosis factor receptor 1 [Mus musculus]
>

Score = 60 (27.2 bits), Expect = 0.00066, Sum P(2) = 0.00066
Identities = 14/35 (40%), Positives = 19/35 (54%), Frame = +3

```
Query:    15 VTXPKTPNHSPSSPASQTXGFSKPSFLLSVXSTEL 119
             +T   +P  SP+S  + T GFS P F   V ST +
Sbjct:   264 LTPAPSPAFSPTSGFNPTLGFSTPGFSSPVSSTPI 298
```

Score = 37 (17.0 bits), Expect = 0.00066, Sum P(2) = 0.00066
Identities = 7/12 (58%), Positives = 9/12 (75%), Frame = +2

```
Query:   104 LLY*APCAVPXP 139
             LLY + C+VP P
Sbjct:   325 LLYESLCSVPAP 336
```

\>gp|M76656|USTNFR20S3_1 tumor necrosis factor receptor [Mus musculus]
Length = 454

Score = 60 (27.2 bits), Expect = 0.00066, Sum P(2) = 0.00066
Identities = 14/35 (40%), Positives = 19/35 (54%), Frame = +3

```
Query:    15 VTXPKTPNHSPSSPASQTXGFSKPSFLLSVXSTEL 119
             +T   +P  SP+S  + T GFS P F   V ST +
Sbjct:   264 LTPAPSPAFSPTSGFNPTLGFSTPGFSSPVSSTPI 298
```

Score = 37 (17.0 bits), Expect = 0.00066, Sum P(2) = 0.00066
Identities = 7/12 (58%), Positives = 9/12 (75%), Frame = +2

```
Query:   104 LLY*APCAVPXP 139
             LLY + C+VP P
Sbjct:   325 LLYESLCSVPAP 336
```

## 4-1BB-like
## HOFMB09

>gb|U03397|HSU03397 Human receptor protein 4-1BB mRNA, complete cds.
           Length = 1415

  Plus Strand HSPs:

  Score = 467 (129.0 bits), Expect = 1.5e-34, Sum P(2) = 1.5e-34
  Identities = 129/174 (74%), Positives = 129/174 (74%), Strand = Plus / Plus

Query:    87 TGGGACTGGTGTTTGTGAANCAGCTACCCTTGGAATCTTCTTTGGTCATATCCTATCTAT 146
             || |||  ||| |    ||| |||| |||||||| | || ||||||  |||| ||  | |
Sbjct:    47 TGAGACCAGCTAATTTGATTAAAAATTCTCTTGGAATCAGCTTTGCTAGTATCATACCTGT 106

Query:   147 GCAAGATTTCACCATGGGCAGTGGCTATTACAACATAGTGGCCGCTGTATTATTGGTCAT 206
             ||| ||||| |||||||| |||  |||||||| |||||||||||| |||| ||||||||| 
Sbjct:   107 GCCAGATTTCATCATGGGAAACAGCTGTTACAACATAGTAGCCACTCTGTTGCTGGTCCT 166

Query:   207 GAATTTTGAGAGGACAAGATCAATACAGGATTCCTGTAGTAAATGCCCAGTTGG 260
             ||||||| ||||||||||||| || ||||||||||||||||| |||||| |||||
Sbjct:   167 CAACTTTGAGAGGACAAGATCATTGCAGGATCCTTGTAGTAACTGCCCAGCTGG 220

  Score = 132 (36.5 bits), Expect = 1.5e-34, Sum P(2) = 1.5e-34
  Identities = 30/35 (85%), Positives = 30/35 (85%), Strand = Plus / Plus

Query:    19 AGTGGAAAGTTCTTCACCAGCCCTGANACCTCAAG 53
             ||||||||||||| | |||||||||| | ||||||
Sbjct:     1 AGTGGAAAGTTCTCCGGCAGCCCTGAGATCTCAAG 35

>gp|U03397|HSU03397_1 4-1BB [Homo sapiens]
             Length = 255

  Plus Strand HSPs:

  Score = 138 (63.2 bits), Expect = 5.0e-20, Sum P(2) = 5.0e-20
  Identities = 25/36 (69%), Positives = 29/36 (80%), Frame = +1

Query:   160 MGSGYYNIVAAVLLVMNFERTRSIQDSCSKCPVGDF 267
             MG+  YNIVA +LLV+NFERTRS+QD CS CP G F
Sbjct:     1 MGNSCYNIVATLLLVLNFERTRSLQDPCSNCPAGTF 36

  Score = 73 (33.4 bits), Expect = 5.0e-20, Sum P(2) = 5.0e-20
  Identities = 11/23 (47%), Positives = 15/23 (65%), Frame = +3

Query:   300 PCPPNNFSNTSGQNXVSYARRCE 368
             PCPPN+FS+ GQ    R+C+
Sbjct:    47 PCPPNSFSSAGGQRTCDICRQCK 69

## CD40-like            HETDB40

```
>gp|X75962|HSHOX40MR_1 OX40 homologue [Homo sapiens]
           Length = 277
 Score = 52 (23.9 bits), Expect = 0.026, Sum P(3) = 0.026
 Identities = 9/17 (52%), Positives = 9/17 (52%), Frame = +2

Query:   200 PYGSYSNGSDCTRCPAG 250
             P SY G DC  CP G
Sbjct:   115 PLDSYKPGVDCAPCPPG 131


 Score = 52 (23.9 bits), Expect = 0.036, Sum P(3) = 0.035
 Identities = 10/38 (26%), Positives = 16/38 (42%), Frame = +3

Query:   786 LEASDVGSSCTSCPAGYYIDRDSGTCESCPTNTILKAH 899
             L++  G C  CP G++   D+ C     T+  H
Sbjct:   116 LDSYKPGVDCAPCPPGHFSPGDNQACKPWTNCTLAGKH 153

 Score = 51 (23.5 bits), Expect = 0.026, Sum P(3) = 0.026
 Identities = 9/22 (40%), Positives = 11/22 (50%), Frame = +2

Query:   104 GAVKLLASGVKTHCPPCNPGFF 169
             G V    +  T C PC PGF+
Sbjct:    51 GMVSRCSRSQNTVCRPCGPGFY 72

 Score = 45 (20.7 bits), Expect = 0.22, Sum P(3) = 0.20
 Identities = 7/14 (50%), Positives = 9/14 (64%), Frame = +2

Query:   188 CQPCPYGSYSNGSD 229
             C PCP G +S G +
Sbjct:   125 CAPCPPGHFSPGDN 138

 Score = 44 (20.2 bits), Expect = 1.0, Sum P(3) = 0.64
 Identities = 6/17 (35%), Positives = 12/17 (70%), Frame = +2

Query:   170 KTNNSTCQPCPYGSYSN 220
             ++ N+ C+PC   G Y++
Sbjct:    58 RSQNTVCRPCGPGFYND 74

 Score = 41 (18.9 bits), Expect = 0.026, Sum P(3), = 0.026
 Identities = 9/22 (40%), Positives = 10/22 (45%), Frame = +3

Query:   615 PIPTSLRRTLPRASPGPSRGPL 680
             PI      PR S GPS P+
Sbjct:   186 PITVQPTEAWPRTSQGPSTRPV 207

 Score = 40 (18.4 bits), Expect = 0.036, Sum P(3) = 0.035
 Identities = 7/30 (23%), Positives = 16/30 (53%), Frame = +2

Query:   176 NNSTCQPCPYGSYSNGSDCTRCPAGTEPAV 265
             ++ C+PC + +  +GS+  +   T+  V
Sbjct:    77 SSKPCKPCTWCNLRSGSERKQLCTATQDTV 106
 Score = 36 (16.6 bits), Expect = 0.12, Sum P(3) = 0.12
 Identities = 6/8 (75%), Positives = 7/8 (87%), Frame = +2

Query:   236 RCPAGTEP 259
             RC AGT+P
Sbjct:   108 RCPAGTQP 115
```

# Ligands

## Cloning, Expression and Purification in Progress:

1, TNF-like     (TNF delta)          HLTBT71

Multiple tissue RNA blot analysis using HPDDO12 insert as probe showed that this gene is expressed in almost all the tissues tested. However, the expression in the heart was the highest followed by placenta and kidney.

2, TNF-like     (TNF epsilon)          HPDDO12

# Receptors

## I. HSABH13                    TNFR p75-like

I, Protein was purified from baculovirus expression system.

II, Polyclonal antibody was made.

III, Functional study is in progress.

K.B. Tan
Alem Truneh
10.18.95

# RNA Expression: TNF and TNFR Like Genes

| TNFα | TNFL1 | TNFRL1 | TNFRL2 | TNFRL3 | OX40 |
|---|---|---|---|---|---|
| | 413412 | 195197 | 103902 | 231556 | 117992 |
| | HTPAN08 | HSABH13X | HTXBS40 | HTTBN61 | HT4SD09 |
| | ATG 343 | ATG 348 | ATG 363 | ATG 338 | ATG 342 |
| | pancreatic | fetal lung | T cell | testis tumor | activated |
| | tumor | fibroblast line | | | T cells |
| (class 1) | (class 3) | (class 2) | (class 2) | (class 5) | (class 1) |

# SUMMARY OF RNA EXPRESSION STUDIES

| Gene | Myeloid cells | B cell | T cell | Osteo-sarcoma | Tissues | Primary cells | Multiple forms |
|---|---|---|---|---|---|---|---|
| TNFα | HL60 | REH (pre B) | | | Heart | CD4⁺ | |
| TNFL1 pancreatic tumor | KG1a | | Jurkat | | Heart Bone marrow | CD4⁺ CD19⁺ | Yes |
| TNFRL1 fetal lung fibroblast | | | | MG63 | Kidney | | |
| TNFRL2 T cell | KG1a | | Jurkat | | Lung, Thymus Spleen Bone marrow | CD4⁺ CD8⁺ CD19⁺ | |
| TNFRL3 testis tumor | KG1a | | | | Thymus | CD4⁺ | Yes |
| OX40 activated T cell | KG1a | | Jurkat | | | CD4⁺ | |

DR3

RNA Expression: TNF and TNFR Like Genes   DR3

| CELL LINES | TNFα (class 1) | TNFL1 413412 Pancreatic tumor (class 3) | TNFRL1 195197 Lung fibroblast (class 2) | TNFRL2 103902 T cell (class 2) | TNFRL3 231556 Testis tumor (class 5) | OX40 117992 Activated T cells (class 1) |
|---|---|---|---|---|---|---|
| **Bone Marrow Stromal** | | | | | | |
| TF274 | - | ± | + | - | - | - |
| **Osteosarcoma** | | | | | | |
| MG63 | - | - | ++ | - | - | - |
| HOS (TE85) | - | ± | ± | - | - | - |
| **Hematopoietic: Erythroid** | | | | | | |
| K562 | | | - | | | |
| **Hematopoietic: Myeloid** | | | | | | |
| KG1a | - | ++ | - | + | ++ | + |
| KG1 | - | ++ | | ± | + | ± |
| PLB985 | | | - | | | |
| HL60 | ++ | ± | | - | | |
| U937 | | | - | ± | | |
| THP-1 | ± | ± | - | + | | - |
| **Hematopoietic: B-Lymphocyte** | | | | | | |
| REH      (Pre B) | + | - | - | ± | - | - |
| BJAB   (IgM) | | - | - | | | |
| Raji    (IgM) | ± | - | - | ± | - | - |
| IM-9   (IgG) | | | - | - | | |
| **Hematopoietic:  T-Lymphocyte** | | | | | | |
| Sup-T1 | | | - | - | | |
| Jurkat | - | + | - | + | + | + |
| H9 | | | - | + | | |
| Molt-3 | | | - | ± | - | |
| **Endometrial Carcinoma** | | | | | | |
| RL95-2 | | | - | - | | |
| **Breast Cancer** | | | | | | |
| MCF7 | - | | ± | - | - | |
| **Colon Cancer** | | | | | | |
| BE | - | | | | | |
| HT29 | | | - | - | - | |
| **Neuroblastoma** | | | | | | |
| IMR32 | | | | - | | |

no entry = not tested.   - = not detected,   ± to ++ = increasing amounts of RNA detected.

# RNA Expression: TNF and TNFR Like Genes  DR3

| TISSUES and CELLS | TNFα (class 1) | TNFL1 413412 HTPAN08 ATG 343 pancreatic tumor (class 3) | TNFRL1 195197 HSABH13X ATG 348 fetal lung fibroblast line (class 2) | TNFRL2 103902 HTXBS40 ATG 363 T cell (class 2) | TNFRL3 231556 HTTBN61 ATG 338 testis tumor (class 5) | OX40 117992 HT4SD09 ATG 342 activated T cells (class 1) |
|---|---|---|---|---|---|---|
| **HUMAN** | | | | | | |
| Brain | - | - | - | - | | - |
| Heart | ++ | ++ | + | + | - | - |
| Lung | ± | + | + | | - | - |
| Thymus | - | + | + | ++ | ± | - |
| Spleen | ± | ± | - | ++ | ++ | - |
| Liver | - | - | - | - | - | - |
| Kidney | - | + | ++ | + | - | - |
| Small Intestine | ± | - | - | + | ± | - |
| Prostate | - | ± | - | + | - | - |
| Skeletal Muscle | ± | - | - | + | - | - |
| Bone Marrow | ± | ++ | - | ++ | ± | - |
| PBL, CD19+ | ± | ++ | - | ++ | ± | - |
| PBL, CD8+ | ± | + | - | ++ | - | - |
| PBL, CD4+ (activated) | +++ | +++ | ± | ++ | ++ | ++ |
| **RAT** | | | | | | |
| Brain | - | - | | - | | |
| Heart | ++ | - | - | - | - | - |
| Lung | - | - | - | - | - | - |
| Thymus | - | - | | - | - | |
| Spleen | - | - | | - | - | - |
| Kidney | + | - | | - | - | - |
| Small Intestine | - | - | - | - | - | - |

- = not detected, ± to +++ = increasing amounts of RNA detected.














TNFRL2-Ig Binding to Cells

| | Cell Line | Cell Lineage | Unstained | GAH-FITC Control | TNFRL2-Ig Binding |
|---|---|---|---|---|---|
| 1) | THP1 | Monocyte | 2.2 | 5.2 | 51.0 |
| | THP1 / LPS | | 2.3 | 5.1 | 53.1 |
| 2) | HL60 | Pro-monocyte | 2.0 | 5.2 | 138.3 |
| | HL60 / PHA+PMA | | 2.4 | 10.6 | 171.8 |
| 3) | H9 | T | 2.1 | 6.3 | 14.3 |
| | H9 / PHA+PMA | | 3.9 | 23.1 | 43.8 |
| 4) | Jurkat | T | 2.1 | 3.6 | 19.4 |
| | Jurkat / PHA+PMA | | 2.4 | 3.7 | 12.4 |
| 5) | KG1a | Myeloid Precursor | 2.6 | 6.4 | 12.3 |
| | KG1a / PHA+PMA | | 2.8 | 5.6 | 19.9 |

Appelbaum/Dul 10/18/95

# EXPRESSION OF TNF-LIKE PROTEIN

## HGS clone 413412 = HTPAN08

## Objectives:

- Express as fusion protein in E. coli--to be used for raising antibodies

- Express in soluble form in E. coli or other systems--to be used for receptor binding and activity assays

## Accomplishments:

- Plasmid DNA from HGS strain (purified by K. B. Tan) was sequenced.

    The DNA sequence in the open reading frame agreed with that reported by HGS.

    There was a 1 bp difference upstream of the first of 3 closely spaced in-frame ATG codons, which makes it more likely that the first ATG is the translation initiator codon (TTCATGG in HGS sequence is ATCATGG in SB sequence; the latter is in good agreement with Kozak consensus upstream sequence)

- Two fusion constructs were made for E. coli expression; both expressed well as insoluble proteins; both have the potential for release of untagged protein following enterokinase digestion. Protein purification/rabbit injection is planned.



HP=hydrophobic
DET1=epitope gp120
DET2=hexaHis
ek=enterokinase site
$P_L$ = promoter
* = 3 ATG codons
(codons numbered from 1st ATG)

FAI

Vul

Expression of clone 413412 fusions
in E. coli

STRATAGENE EAGLEEYE II 10/16/95 14:59:23

IMAGE SIZE (640 × 480 × 8).
REAL-TIME ACQUIRE.
IMAGE CREATED ON MON OCT 16 14:59:21 1995.



whole cell sonicates
on coomassie-stained gel

E

soluble and insoluble          whole cell sonicates
fractions of cell lysates       on coomassie-stained SDS-PAGE
on coomassie stained gel

STRATAGENE EAGLEEYE II 10/16/95 14:53:22

IMAGE SIZE (640 × 480 × 8).
REAL-TIME ACQUIRE.
IMAGE CREATED ON MON OCT 16 14:53:19 1995.

whole cells
PEA DET1
DET2
TNF-LIKE
(132-360)
PEL DET1
DET2
TNF-LIKE
(41-360)



Dul

Expression of clone 413412 fusion
in E. coli —
Western blot w/G ant. — DETI Mab



## FASTA of HSAVO45 vs Death Domain Proteins

The best scores are:

| | | init1 | initn | opt |
|---|---|---|---|---|
| Sw:Tnr1_Human | P19438 homo sapiens (human). tumor necrosi... | 111 | 153 | 207 |
| Sw:Tnr1_Mouse | P25118 mus musculus (mouse). tumor necrosi... | 113 | 144 | 208 |
| Sw:Ank1_Human | P16157 homo sapiens (human). ankyrin r (an... | 47 | 47 | 55 |
| Com$94:[Hur1emr.Sequences.Pep]Rip.Pep mouse RIP | | 36 | 36 | 116 |
| Sw:Fasa_Human | P25445 homo sapiens (human). fasl receptor... | 29 | 29 | 88 |
| Sw:Ngfr_Human | P08138 homo sapiens (human). low-affinity ... | 28 | 28 | 37 |
| Sw:Ngfr_Rat | P07174 rattus norvegicus (rat). low-affinity... | 28 | 28 | 37 |
| Sw:Ngfr_Chick | P18519 gallus gallus (chicken). low-affini... | 28 | 28 | 37 |
| Com$94:[Hur1emr.Sequences.Pep]Fadd.Pep FADD/MORT1 | | 27 | 27 | 29 |
| Sw:Ankc_Human | Q01485 homo sapiens (human). ankyrin, brai... | 26 | 26 | 51 |
| Com$94:[Hur1emr.Sequences.Pep]Tradd.Pep TRADD | | 24 | 24 | 69 |
| Sw:Fasa_Mouse | P25446 mus musculus (mouse). fasl receptor... | 22 | 22 | 33 |

| | PR1 | R1 | R2 | I1 | R3 | I3 | R4 | R5 | I2 | R6 | I4 | R7 | PR7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| !HLHAB49 | 1 | X | X | | X | | X | X | | X | | X | X (full length) |
| !HTOAU65 | | X | X | | X | | X | X | | X | | X | X (full length) |
| !HT1SB52 | 3 | ? | X | | X | | X | X | | X | | X | X (full length) |
| !HTOBH42 | 3 | ? | X | | X | | X | X | | X | | X | X (full length) |
| !HLHTJ50 | 1 | X | | | | | | | | | | | |
| !HLMCG62 | | X | X | | | | | | | | | | |
| !HTOHT08 | | X | X | | | | | | | | | | |
| !HTXBS40 | | X | X | | | | | | | | | | X (discontinuous ESTs) |
| !HTXFP69 | | X | X | X | | | | | | | | | |
| !HTXE024 | | | | X | X | | | | | | | | |
| !HLMAC26 | | | | X | | | X | X | | X | X | | |
| !HMQCG18 | | | | X | | | X | X | | X | X | | |
| !HEAAQ14 | | | | | | | X | X | | X | X | X | |
| !HCUBW34 | | | | | | | | | | X | X | X | |
| !HBNAG20 | | | | | | | | | | | | X | |
| !HOABR18 | | | | | | | | | | | | X | |

| | PR1 | R1 | R2 | I1 | R3 | I3 | R4 | R5 | I2 | R6 | I4 | R7 | PR7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| !HHFFT79 | 1 | X | X | X | X | | X | X | X | | | X | X (full length) |
| !HBNAT51 | | | | X | | | | | | | | | X (discontinuous ESTs) |
| !HT4SI80 | | | | X | | | | | | | | | |

| | PR1 | R1 | R2 | I1 | R3 | I3 | R4 | R5 | I2 | R6 | I4 | R7 | PR7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| !HMSBZ59 | | | | | X | X | X | X | | X | X | X | X (full length) |
| !HFNBE43 | | | | | | | | | | X | X | | |

| | PR1 | R1 | R2 | I1 | R3 | I3 | R4 | R5 | I2 | R6 | I4 | R7 | PR7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| !HROAG75 | 2 | X | | | | | X | X | | X | | X | |

# EXHIBIT B

# Interference Practice

A Guide to Inter Partes Practice and Procedure

By

CHARLES W. RIVISE

Formerly of the Examining Corps of the United States Patent Office

Philadelphia Patent Attorney

THE MICHIE COMPANY, PUBLISHERS

CHARLOTTESVILLE, VA.

1932

## § 87. Termination by Disclaimer.

Rule 107 provides that an applicant may avoid the continuance of an interference by filing a disclaimer to the conflicting subject matter before the date fixed for the filing of his preliminary statement. The disclaimer must be signed by the applicant and must have the consent of the assignees, if any. Since the files have not as yet been opened to the inspection of the parties to the interference, the filing of the disclaimer is an ex parte matter between the one filing the disclaimer and the examiner of interferences. (Diescher v. Walker, 1890 C. D. 119; 52 O. G. 459.) If the disclaimer is in proper form, the interference examiner renders judgment against the applicant on whose behalf it was filed, thus terminating the interference.

A disclaimer only relates to and extends to the particular claims as to which the interference was declared and does not affect other claims of the application, whether or not they involve other interfering matter between the parties. (Reed v. Cropp Concrete Machinery Co., 239 Fed. Rep. 869; 1917 C. D. 321; 240 O. G. 1449, involving Patent No. 981,111 for concrete mixers.)

## § 88. Means of Termination Provided for by Rule 125.

Rule 125 provides three additional ways in which an interference may be terminated, each of which results in a judgment of priority in favor of one or another of the parties. The first is by a decision of the interference examiner based upon the evidence submitted by the parties to the interference.[3] The second is by means of a concession of priority and the third is by means of a written declaration of abandonment of the invention. Concessions of priority and declarations of abandonments must be signed by the

---

3. See Section 176.

Case 1:07-cv-00780-SLR    Document 24-3    Filed 02/29/2008    Page 1 of 5

inventor and also by the assignees, if any.  Otherwise, there would be nothing to prevent the inventor from filing another application for the same invention.  (Skinner v. Murray 1903 C. D. 429; 107 O. G. 542.)

In the case of Alt v. Carpenter, 1908 C. D. 49; 132 O. G. 1587, both applications to the interference were assigned to the same party.  The common assignee filed a concession of priority as to one of the applications.  The inventor had died and the administratrix objected to the concession of priority on the ground of fraud.  The Patent Office refused to give effect to the concession on the ground that it was not signed by the inventor or his personal representative.

In the case of Schreiber v. Bauer, 1919 C. D. 4; 258 O. G. 813, both applications were also assigned to the same party.  The common assignee stated that he believed Schreiber to be the first inventor but that he could not find Bauer to have him sign a concession of priority.  The Patent Office avoided the difficulty by deciding that according to Rule 94 [4] a common assignee had to eliminate the conflicting claims from all but one of the applications and, therefore, dissolved the interference.  Had Bauer been available and objected to the dissolution of the interference, an opposite result would probably have been reached.

An assignee of the entire interest in the application filed by the junior party may terminate the interference without securing the inventor's consent by filing a statement to the effect that he will not prosecute the interference any further.  For, the Patent Office presumes that the parties to the interference made the invention in the chronological order in which they filed their applications (Rule 116) and unless the junior party overcomes this presumption the decision must of necessity be in favor of the senior party.  This means of terminating an interference is often resorted to

---

4. See Section 4.

con-
con-
g of
gned
ees,
e in-
 the
g the
er v.
imer
judg-
, thus

icular
l does
or not
arties.
 Rep.
nt No.

e 125.

 an in-
lts in a
the par-
xaminer
 the in-
ssion of
claration
 priority
 by the

in case the inventor is dead or otherwise unavailable. Obviously, the junior party cannot terminate the interference in this way unless he secures the consent of all the assignees.

## § 89. Concession of Priority.

As the term implies, a concession of priority concedes that the other party to the interference is in fact the first inventor. For this reason, the Patent Office refuses to accept a concession of priority filed by the winning party to an interference (Humphrey v. Fickert, 1905 C. D. 99; 115 O. G. 803) unless the party had won the award of priority not on the testimony adduced in the interference but on some technicality (Coupers v. Bannister, 1904 C. D. 424; 112 O. G. 1480). With this limitation a concession may be filed at any stage of an interference proceeding.

## § 90. Declaration of Abandonment.

The Patent Office will not accept a conditional declaration of abandonment. An abandonment to be acceptable must be an unequivocal, unconditional, unlimited declaration of abandonment of the invention defined in the issue of the interference. In the case of Gabrielson v. Felbel, 1906 C. D. 108; 121 O. G. 691, a statement purporting to be a declaration of abandonment was refused because it contained clauses stating how the abandonment was to be understood and what it was not to be considered. In Corrington v. Turner, 1908 C. D. 219; 136 O. G. 1067; a declaration of abandonment was held to be objectionable because it set out four reasons why the invention was unpatentable or not applicable to the applicant's device. Such a declaration of abandonment can only cast a cloud upon the patent that may issue to the other party and is not acceptable.

Ordinarily, a declaration of abandonment is made the basis of an award of priority as against the party filing it.

# EXHIBIT C

Interference No. 105,293

Paper No. _____

Filed on behalf of:

         Pravinkumar B. SEHGAL

By:        Robert M. Schulman

         Eugene C. Rzucidlo

         Hunton & Williams, LLP

         1900 K Street, N.W.

         Washington, D.C. 20006

         Tel:  202-955-1500

         Fax:  202-778-2201

## UNITED STATES PATENT AND TRADEMARK OFFICE

### BEFORE THE BOARD OF PATENT APPEALS AND INTERFERENCES
(Administrative Patent Judge Sally Gardner Lane)

PRAVINKUMAR B. **SEHGAL**
(Application 08/479,996)
Junior Party,

v.

MICHEL **REVEL**
and PIERRE TIOLLAIS
(Patent 5,468,609)
Senior Party.

Patent Interference Nos. 105,293

## REQUEST FOR ADVERSE JUDGMENT PURSUANT TO 37 C.F.R. § 41.127(b)

Pursuant to 37 C.F.R. § 41.127(b), the party Sehgal et al. ("Sehgal") hereby requests

Adverse Judgment based on Sehgal's concession of unpatentability of the contested subject

matter. Sehgal makes this concession in view of the Board's denial of Sehgal's Motion (1) for

Benefit, which was accompanied by Seghal's Petition to Revive Pursuant to 37 C.F.R.

§ 1.137(b). This denial of benefit results in unpatentability of Seghal's claims in view of

Sehgal's own prior publication. In view of the adverse judgment on patentability, all of the other

remaining outstanding motions are moot.

By the filing of this paper, Sehgal makes no concessions regarding its priority case

against the senior party Revel et al.

Respectfully submitted,

Date: _____          _____

Robert M. Schulman
Reg. No. 31,196

**Hunton & Williams**
1900 K Street, NW
Washington, DC 20006
(202) 955-1500
Counsel for SEHGAL

-1-

# EXHIBIT D

Filed by Sally Gardner Lane
Administrative Patent Judge
Mail Stop Interference
P.O. Box 1450
Alexandria Va 22313-1450
Tel: 571-272-9797
Fax: 571-273-0042

Filed: 2 May 2006

Paper    120

## UNITED STATES PATENT AND TRADEMARK OFFICE

## BEFORE THE BOARD OF PATENT APPEALS
## AND INTERFERENCES

### PRAVINKUMER B. **SEHGAL**

Junior Party,
(Application 08/479,996),

v.

### MICHEL **REVEL**
### and PIERRE TIOLLAIS,

Senior Party,
(Patent 5,468,609).

Patent Interference No. 105,293

Before Sally Gardner Lane, <u>Administrative Patent Judge</u>.

|   | **Order - Miscellaneous - Bd. R. 104(a)** |
|---|---|
| 1 | |
| 2 | |
| 3 | A conference call was held on 14 April 2006 at approximately 11:00 am. |
| 4 | Participating in the call were: |
| 5 | Roger Browdy, Charles Gholz, and Alex Gosser for Revel, |
| 6 | Robert Schulman for Sehgal, and |
| 7 | Sally Gardner Lane, Administrative Patent Judge. |
| 8 | During the call, Sehgal indicated that it would file a request for adverse judgment |

1    in each of related interferences 105,293 and 105,302-105,304 on the basis of the

2    unpatentability of the Sehgal involved claims.  Sehgal indicated that it would concede

3    that the subject matter of its involved claims is unpatentable to Sehgal in view of a

4    previous decision in the interference denying its motion for  priority benefit of an earlier

5    filed application.  Sehgal indicated that it plans to seek review of the decision denying

6    its motion.  Sehgal indicated that it is not conceding priority and may wish to continue to

7    a priority determination if the Board's decision denying its motion for benefit is reversed.

8        The parties agreed that, under the circumstances, there is no need to continue

9    the interference.  Judgment on priority will be entered against Sehgal.[1]

10        Upon consideration of the record, it is

11        ORDERED that the oral hearing scheduled for 18 April 2006 is

12    CANCELLED,

13        FURTHER ORDERED that the demonstrative exhibits filed by Revel on

14    12 April 2006 shall not be entered into the record of the interference and shall be

15    returned to Revel, and

16

---

[1]    During the call Sehgal indicated that it is not conceding priority but does not wish to continue to the priority phase of the interference.  It is appropriate to enter judgment on priority against Sehgal under these circumstances.  See *Gray v. Heeres*, http://www.uspto.gov/web/offices/dcom/bpai/its/104079.pdf (BPAI 1999).  If, upon review, the decision denying benefit to Sehgal is reversed then a priority phase may become necessary.

2

1            FURTHER ORDERED that final judgment will be entered against Sehgal

2    in a separate paper.


                                         /ss/ Sally Gardner Lane
                                         SALLY GARDNER LANE
                                         Administrative Patent Judge


cc: (via electronic):

Counsel for SEHGAL:

rschulman@hunton.com
gcr@hunton.com

Counsel for REVEL:

rlbrowdy@browdyneimark.com
rsjillions@browdyneimark.com

3

# EXHIBIT E

The opinion in support of the decision being entered today (1) was not written for publication in a law journal and (2) is not binding precedent of the Board.

Filed by: Judge Jameson Lee
          Interference Trial Section
          Box Interference
          Washington, D.C.  20231
          Tel:  703-308-9797
          Fax:  703-305-0942

Paper No. 43

### UNITED STATES PATENT AND TRADEMARK OFFICE

### BEFORE THE BOARD OF PATENT APPEALS AND INTERFERENCES
(Judge Jameson Lee)

### SHINPEI OKAJIMA

Junior Party
(Application 08/665,679)[1],

v.

JOEL BOURDEAU,

Senior Party
(Application 08/676,928)[2]

MAILED

OCT 2 0 1999

PAT. & T.M. OFFICE
BOARD OF PATENT APPEALS
AND INTERFERENCES

Patent Interference No. 104,193

### DECISION ON PRELIMINARY MOTIONS

The following preliminary motions have been filed:

1.    Okajima's preliminary motion 1 to designate Bourdeau's claims 13-24 and 26 as corresponding to the count.  (Paper No. 13) (Opp. Paper No. 22) (Reply paper No. 24).

**GRANTED**

---

[1]    Filed June 18, 1996.

[2]    Filed July 8, 1996.  Accorded the benefit of priority French application 95.08587, filed July 11, 1995.

Interference No. 104,193
Bourdeau v. Okajima

2.    Okajima's preliminary motion 2 for judgment against
Bourdeau's claims 27, 28, and also claims 13-24 and 26 if they
become designated as corresponding to the count as a result of
the decision on Okajima's preliminary motion 1.    (Paper No. 13½)
(Opp. Paper No. 23) (Reply Paper No. 25).

**DENIED**

3.    Bourdeau's unopposed preliminary motion 1 for benefit
of the earlier filing date of priority French application
95.08587.    (Paper No. 18).

**GRANTED**

4.    Bourdeau's preliminary motion 2 to designate Okajima's
claims 18-20 as corresponding to the count.    (Paper No. 19) (Opp.
Paper No. 20) (Reply Paper No. 27).

**DENIED**

**Discussion**

Okajima's preliminary motion 1

As the moving party, Okajima bears the initial burden of
proof.    37 CFR § 1.637(a); Kubota v. Shibuya, 999 F.2d 517, 520,
521, 27 USPQ2d 1418, 1422 (Fed. Cir. 1993).

Okajima seeks to designate Bourdeau's claims 13-24 and 26 as
corresponding to the count.    The count is identical to Bourdeau's
claim 27.    Okajima has sought to demonstrate that Bourdeau's

Interference No. 104,193
Bourdeau v. Okajima

claims 13-24 and 26 define the same patentable invention as

Bourdeau's claim 27.   See 37 CFR § 1.637(c)(3)(ii).

Bourdeau's claim 27 is reproduced below:

A snowboard boot comprising:

a heel member;

a leg member positioned above the heel member;

wherein the heel member is pivotally attached to
the leg member at a pivot location so that the leg
member is capable of movement relative to the heel
member about an axis of rotation that passes through
the pivot location;

wherein the axis of rotation is inclined from rear
to front and from top to bottom;

wherein the pivot location is offset from the
longitudinal median plane; and

wherein the axis of rotation forms an angle with
the longitudinal median plane.

Each of Bourdeau's claims 14-18, 20, 23, 24, and 26 depends

from independent claim 13.   Claim 19 depends from claim 18.

Claim 21 depends from claim 20 and claim 22 depends from claim

21.   Independent claim 13 is reproduced below:

A snowboard boot comprising:

a sole having a structure adapted for being
affixed to a snowboard;

an upper connected to said sole, said upper
comprising at least one flexible material, said upper
having a portion forming an outer surface of the boot;

- 3 -

Interference No. 104,193
Bourdeau v. Okajima

      a shell at least partially covering said sole,
said shell having a front portion and a rear portion,
said rear portion extending upwardly at a heel area of
the boot, said shell being made of a rigid material;

      a back portion comprising a rigid material, said
back portion extending upwardly from said rear portion
of said shell; and

      a journal attachment journalling said back portion
to said rear portion of said shell, said journal
attachment being positioned on a medial side of the
boot, along a journal axis forming an angle of between
20° and 45° with respect to a longitudinal median plane
of the boot.

Okajima relies on the following references in combination

with Bourdeau's claim 27 in asserting that Bourdeau's claims 13-

24 and 26 define the same patentable invention as Bourdeau's

claim 27:

      European Patent Office Publication 356,400 (EPO '400)
      (with English Translation)   -- **Exhibit OX1**

      German Offenlegungsschrift DE 4,333,503 (DE '503)
      (with English Translation) -- **Exhibit OX2**

      U.S. Patent No. 5,401,041 (US '041)  -- **Exhibit OX3**

      German Offenlegungsschrift DE 3,622,746 (DE '746)
      (with English Translation)  -- **Exhibit OX4**

      U.S. Patent No. 3,584,622 (US '622)  -- **Exhibit OX5**

Hereinafter, specific references to the page numbers of the

above-identified foreign references are made with respect to the

English translations thereof.

- 4 -

Interference No. 104,193
Bourdeau v. Okajima

Okajima contends and Bourdeau does not dispute that each of EPO '400, DE '503, and US '041, discloses a boot having an upper connected to a sole wherein the upper comprises at least one flexible material and has a portion forming an outer surface of the boot. The issue in dispute concerns a teaching for the journal attachment feature recited in claim 13. According to claim 13, the journal attachment connecting the back portion to the rear portion has to be positioned on a medial side of the boot and along a journal axis forming an angle of between 20° and 45° with respect to a longitudinal median plane of the boot. Okajima relies only on EPO '400 for the teaching that the journal attachment can be on the medial side of the boot. Evidently, the "medial" side means the side facing the opposing boot.

Bourdeau contends, however, that EPO '400 constitutes non-analogous art. The argument is rejected.

EPO '400 discloses an invention that is entitled "sports shoe" even though the specific embodiment described therein is a ski boot. Claim 1 of EPO '400 begins with this preamble: "Sports shoe, especially for skiing." It is evident that the invention covered by EPO '400 is not limited to a ski boot but is directed to sports shoes that bear a reasonable relation to ski boots. A snowboard boot is one such sports shoe.

Interference No. 104,193
Bourdeau v. Okajima

While there are different specific design considerations,
the two are nonetheless reasonably related insofar as both are in
the form of a boot and both are for a sport in which the boot is
mounted on a foundation that is intended to slide down hill over
snow while supporting the wearer of the boot.

Note further that on page 6 of EPO '400, in lines 38-41, it
is stated:

> The characterizing features of the joint device
> arrangement of the sports shoe in accordance with the
> invention and which are listed in the present
> specification have been described, in the first
> instance, using the example of a ski boot.  Logically,
> they are also usable in the case of other shoes with a
> high shaft or upper part, e.g., mountain climbing
> boots.

The above-quoted text even appears to define a technical field
broader than ski boots and snowboard boots, a field including any
sports shoe having a high shaft or upper part.  Nevertheless, it
is not necessary to go so far.  It is sufficient to find simply
that ski boots and snow boots are in the same field of endeavor.

Therefore, EPO '400 **prima facie** constitutes analogous art to
the snowboard boot of Bourdeau's claim 27.  Consequently,
Bourdeau must demonstrate that EPO '400 constitutes non-analogous·
art.  That, it has failed.  Bourdeau has submitted no evidence to
demonstrate that ski boots and snowboard boots belong to
different technical fields of endeavor.  Mere attorney argument

- 6 -

Interference No. 104,193
Bourdeau v. Okajima

does not take the place of competent evidence. <u>Meitzner v.</u>
<u>Mindick</u>, 549 F.2d 775, 193 USPQ 17, 22 (CCPA), <u>cert. denied</u>,
434 U.S. 854 (1977).

Note further that analogous art references need only be in
the same field of endeavor or otherwise reasonably pertinent to
the particular problem with which the inventor was involved, not
both. <u>In re Deminski</u>, 796 F.2d 436, 442, 230 USPQ 313, 315 (Fed.
Cir. 1986). In any event, EPO '400 is reasonably pertinent to
the problem with which Bourdeau was involved. According to EPO
'400, it has been recognized that when the wearer of the boot
leans forward, the knee bends obliquely inward, rather than
outward, and thus a design is made based on that observation.
The stated advantage of EPO '400 is that the adaptability of the
boot to foot movements is improved. On page 4, EPO '400 states:
"The problem for the present invention is to create a ski boot
which takes account of the anatomical movements of the lower leg
of humans relative to the foot when bending forward . . . ."
That characterization of the EPO '400 makes it reasonably
pertinent to the problem addressed by Bourdeau, i.e., that the
shells of pre-existing snowboard boots poorly transmit bending
stresses due to imprecise adaptation of the rear upstanding
element of the shell to the boot. Moreover, Bourdeau focuses on
the inward bending stresses commonly experienced by snowboarding

- 7 -

Interference No. 104,193
Bourdeau v. Okajima

(Specification at page 6, first full paragraph). With EPO '400's
recognition that when a skier leans forward the forward leaning
translates to an inward bending of the knees, it further supports
the conclusion that EPO '400 is reasonably pertinent to the
problem addressed by Bourdeau.

Bourdeau further argues that in EPO '400, the back portion
10 is not attached to any rear portion of the shell 9 but,
instead, is attached to the side portions of the shell. The
argument is without merit. The pivotal joints 12 and 14, while
certainly positioned on the sides of the shell or boot, are also
reasonably deemed to be located on the rear portion of the shell.
See Figure 3 of EPO '400. Because shell 9 extends all the way
forward to the tip of the boot, the portion near the ankles of
the wearer is reasonably regarded as a rear portion of the shell.
A construction to require the rear to mean the very most rear is
unreasonable and even Bourdeau's own disclosed embodiments do not
have journalling that is at the very rear end of the heel.

Bourdeau argues that there is no motivation whatsoever "to
include such [EPO '400] joint devices which are adapted for an
alpine ski boot in a snow board boot." The argument is
misplaced. The conclusion of "same patentable invention" does
not need or depend on one's placing EPO '400's particular joints
12 and 14 on a snowboard boot. Rather, the rationale is that in

- 8 -

Interference No. 104,193
Bourdeau v. Okajima

light of the placement of the pivotal joints on EPO '400's alpine
ski boot, it would have been obvious to one with ordinary skill
in the art to place the journal attachment of a snowboard boot on
the medial side of the boot.  Because the subject matter of
Bourdeau's claim 27 is presumed to be prior art in the context of
this motion, pivotally connecting a leg member to a heel member
in a snowboard boot is already known to one with ordinary skill
in the art.  Furthermore, claim 27 already recites that the pivot
location is offset from the longitudinal median plane.  That
ensures that the location of pivotal attachment is either on the
medial or external side of the boot.  With only two choices to be
considered by one with ordinary skill in the art, even without
any suggestion from EPO '400 it would have been prima facie
obvious to one with ordinary skill in the art to place the
journal attachment on either the medial side or the external
side.  Bourdeau has not demonstrated any unexpected results
associated with the selection of a medial location or any reasons
why one with ordinary skill in the art would not have known to
select a medial location.

   As for the specific angles of the journalling axis recited
in claims 13 (between 20° and 45°), claims 14 and 17 (between 25°
and 35°), and claim 15 (close to 30°), we agree with Okajima that
particular ranges desired would have been prima facie obvious to

- 9 -

Interference No. 104,193
Bourdeau v. Okajima

one with ordinary skill in the art as a matter of routine
optimization based on the requirements of the applicable sport.
It would have been within the basic knowledge and common sense of
one with ordinary skill in the art that the choice of a
particular journalling angle would affect the freedom of movement
of the wearer's lower leg, since it is the leg member that is
connected to the heel member. Thus, depending on the needs of
the sport, the journalling angle can be optimally selected. As
Okajima has pointed out, DE '746 reveals that monoski users, such
as snowboarders, incline their lower legs much further laterally
than the simple forward lean of dual ski users.

Bourdeau, on the other hand, has not submitted any objective
evidence of unobviousness, such as evidence of unexpected results
in connection with any particular range of angles. Accordingly,
claims 13, 14, 15, and 17 define the same patentable invention as
Bourdeau's claim 27.

It should be noted that the "same patentable invention"
analysis is not hinged on any physical modification of the ski
boot of EPO '400. The test for obviousness is not whether the
features of one reference may be bodily incorporated in another,
but what would have been suggested by the combined teachings of
the applied references as a whole. In re Keller, 642 F.2d 413,
425, 208 USPQ 871, 881 (CCPA 1981). Accordingly, whether the ski

- 10 -

Interference No. 104,193
Bourdeau v. Okajima

boot of EPO '400 can benefit from the angle ranges specified by
the claims at issue is irrelevant.  A reference must be
considered for everything it teaches by way of technology and is
not limited to the particular invention it is describing and
attempting to protect.  EWP Corp. v. Reliance Universal Inc., 755
F.2d 898, 907, 225 USPQ 20, 25 (Fed. Cir.), cert. denied, 474
U.S. 843 (1985).

    Bourdeau points out that in the Initial Interference
Memorandum an examiner had concluded that claims 13-26 do not
correspond to the count because it would not have been obvious to
place the axis of rotation medial of the longitudinal plane and
an angle of between 20 and 45 degrees.  But the examiner's
conclusion is merely the starting point and does not in any way
preclude Okajima from arguing in a preliminary motion something
contrary to the examiner's position.  Neither the administrative
patent judge nor the Board acting as a panel is bound by the
examiner's conclusion.  Note that the same examiner has also
stated with respect to claims 1, 4, 10, and 11, that it would
have been obvious to one with ordinary skill in the art to offset
the rotational axis 23-33 degrees.

    For the foregoing reasons, Okajima's preliminary motion 1 to
designate Bourdeau's claims 13-24 and 26 as corresponding to the
count is **granted**.

- 11 -

Interference No. 104,193
Bourdeau v. Okajima

Okajima's preliminary motion 2

Okajima moves for judgment against Bourdeau's claims 27 and 28, and also Bourdeau's claims 13-24 and 26 in case Okajima's preliminary motion 1 is granted. Okajima's preliminary motion 1 has been granted. Therefore, Okajima's preliminary motion 2 is directed to Bourdeau's claims 13-24 and 26-28. According to Okajima, these Bourdeau claims are unpatentable over prior art combination of (EPO '400), (DE '503), (US '041), (DE '746), and (US '622).

Each of the Bourdeau's claims subject to Okajima's motion for judgment is drawn to a "snowboard boot," while the specific embodiment described in EPO '400 is a ski boot. As has been discussed above in connection with Okajima's preliminary motion 1, EPO '400 does not constitute non-analogous art. However, it is appropriate here to point out that the parties have not meaningfully distinguished ski boots from snowboard boots and vice versa in terms of necessary structural features for each. Does mere recitation of "ski boot" require certain structural features, and if so, what? Does mere recitation of "snowboard boot" require certain structural features, and if so, what? In ant event, for purposes of this motion, it suffices to say only that the parties are in agreement that EPO '400's specific embodiment is a ski boot and not a snowboard boot.

- 12 -

Interference No. 104,193
Bourdeau v. Okajima

Each of DE '503 and US '041 discloses a snowboard boot and
DE '746 discloses a binding for a monoski.  It is not disputed
that a snowboard is a monoski.  In all of these references,
however, the pivotal connection between the heel member and the
leg member does not appear to be offset from the longitudinal
median plane as is required by each of Bourdeau's claims which
are subject to this Okajima motion.  On page 4 of DE '503, in
lines 17-18, it is expressly stated that the axis 17 lies
approximately in the longitudinal central plane of the boot.  See
also Figure 1 of DE '503.  US '622, on the other hand, is
directed to a foot support device and does not have a leg member
and a heel member which are pivotally attached to each other.
Okajima relies on EPO '400 for the suggestion to offset the point
of pivotal connection in a snowboard boot from the longitudinal
median plane.  The reliance cannot be supported.

EPO '400 describes a boot with two joints, one on each side
of the boot.  The improvement described therein over the prior
art is in the alignment of the two joints.  Whereas previously
the two joints are placed approximately even opposite the
wearer's ankles, EPO '400 moves the inner joint rearward and the'
outer joint forward to more closely align the swivel action in
the direction of movement of the wearer's knee when bending
forward.

- 13 -

Interference No. 104,193
Bourdeau v. Okajima

The kind of swivel action provided by EPO '400 is quite
different from those required by DE '503, US '041, and DE '746.
The opposing joints of EPO '400 provide a swiveling action
primarily in the longitudinal direction and would appear to
effectively preclude meaningful pivoting action in the lateral
direction as is desired in each of DE 503, US '041, and DE '746.
Without there already being a separate teaching for locating the
pivoting point in a snowboard boot at an offset from the
longitudinal median plane, EPO '400 would not have reasonably
suggested doing so.  The swiveling action provided by EPO '400
requires joints oppositely located across the longitudinal median
plane from each other, and thus EPO '400 would not have
reasonably suggested offsetting the single pivoting point
disclosed in DE '503, US '041, and DE '746.  In Busch & Lomb,
Inc. v. Barnes-Hind/Hydrocurve, Inc., 796 F.2d 443, 230 USPQ 416
(Fed. Cir. 1986), cert. denied, 484 U.S. 823 (1987), quoting In
re Wesslau, 353 F.2d 238, 241, 147 USPQ 391, 393 (CCPA 1965), the
Federal Circuit has stated:

> It is impermissible within the framework of section 103
> to pick and choose from any one reference only so much
> of it as will support a given position to the exclusion
> of other parts necessary to the full appreciation of
> what such reference fairly suggests to one skilled in
> the art. One must read the reference's teachings as a
> whole and not resort to selectively picking and
> choosing only so much of its disclosure as would
> support an obviousness conclusion.

- 14 -

Interference No. 104,193
Bourdeau v. Okajima

For the foregoing reasons, Okajima's preliminary motion 2 is
**denied**.

## Bourdeau's preliminary motion 1

Bourdeau moves under 37 CFR § 1.637(f) for benefit of the
earlier filing date of priority French application 95.08587,
filed on July 11, 1995.  This motion is not opposed by Okajima.

The motion is **granted**.

By reason of the granting of this motion, the order of the
parties is changed.  Party Okajima is now the junior party, and
party Bourdeau is now the senior party.

A separate paper re-declaring the interference with Okajima
identified as the junior party and Bourdeau identified as the
senior party is not necessary.

## Bourdeau's preliminary motion 2

Bourdeau seeks to designate Okajima's claims 18-20 as
corresponding to the count.  Bourdeau's claim 27 is identical to
the count, and Bourdeau argues that Okajima's claims 18-20 define
the same patentable invention as Bourdeau's claim 27.  Bourdeau's
claim 27 reads as follows:

A snowboard boot comprising:

a heel member;

a leg member positioned above the heel member;

- 15 -

Interference No. 104,193
Bourdeau v. Okajima

wherein the heel member is pivotally attached to
the leg member at a pivot location so that the leg
member is capable of movement relative to the heel
member about an axis of rotation that passes through
the pivot location;

wherein the axis of rotation is inclined from rear
to front and from top to bottom;

wherein the pivot location is offset from the
longitudinal median plane; and

wherein the axis of rotation forms an angle with
the longitudinal median plane.

Okajima's claim 18 is an independent claim.   Claim 19

depends from claim 18 and claim 20 depends from claim 19.   Claim

18 reads as follows:

A pair of snowboard boots comprising:

a first snowboard boot including:

a first heel member;

a first leg member positioned above the first heel
member;

wherein the first heel member is pivotally attached to
the first leg member at a first pivot location so that
the first leg member is capable of movement relative to
the first heel member about a first axis of rotation
that passes through the first pivot location;

wherein the first axis of rotation is vertically
inclined no more than $\pm$ 45°;

wherein the first axis of rotation lies within a first
plane that is inclined relative to a longitudinal
second plane of approximate symmetry which divides left
and right sections of the first boot;
wherein the first pivot location is spaced apart from
the second plane of approximate symmetry;

- 16 -

Interference No. 104,193
Bourdeau v. Okajima

a second snowboard boot including:

a second heel member;

a second leg member positioned above the second heel member;

wherein the second heel member is pivotally attached to the second leg member at a second pivot location so that the second leg member is capable of movement relative to the second heel member about a second axis of rotation that passes through the second pivot location;

wherein the second axis of rotation is vertically inclined no more than ± 45°;

wherein the second axis of rotation lies within a third plane that is inclined relative to a longitudinal fourth plane of approximate symmetry which divides left and right sections of the second boot;

wherein the second pivot location is spaced apart from the fourth plane of approximate symmetry; and

wherein an angle of inclination between the first plane and the second plane of approximate symmetry is greater than an angle of inclination between the third plane and the fourth plane of approximate symmetry.

Claim 18 refers to a second plane of approximate symmetry relative to the first snowboard boot and a fourth plane of approximate symmetry relative to the second snowboard boot. It is undisputed that Okajima's specification contains two different definitions for the term "plane of approximate symmetry," one on the top of page 5 and the other in the second full paragraph on page 9. The administrative patent judge agrees with party Okajima that which definition applies depends on the

Interference No. 104,193
Bourdeau v. Okajima

context, i.e., whether the context is that of a single boot or
that of a pair of boots.  The first definition applies in the
context of a single boot with an approximately symmetrical heel.
By this definition, the approximate plane of symmetry appears to
be the same as what is referred to by Bourdeau as the
"longitudinal median plane."  The second definition applies to a
pair of boots regardless of whether the heels of each boot is
approximately symmetrical.  It is this second definition which
must be applied in the context of Okajima's claims 18-20, because
claims 18-20 each recite a pair of snowboard boots.

According to this second definition, the plane of
approximate symmetry is a vertical plane that is parallel to the
plane running through the two points of contact made when the
insides of both feet (wearing the boots) are placed together in
light contact, and displaced with respect to each boot so as to
contain the respective end point of the heel of each boot.  Party
Okajima is correct that the mere recitation of a "longitudinal
median plane" in Bourdeau's claim 27, which appears to be the
same as Okajima's first definition of "plane of approximate
symmetry," would not have reasonably suggested the second and
fourth planes of approximate symmetry as is recited in Okajima's
claims 18-20.  The longitudinal median plane is determined
independently for each boot without regard to the other boot.

- 18 -

Interference No. 104,193
Bourdeau v. Okajima

Bourdeau argues that even under the second definition
applicable to a pair of snowboard boots, the plane of approximate
symmetry still may be the same as the longitudinal median plane.
Specifically, Bourdeau points (Reply at page 3) out that where
the widths of the front and rear portions of the boots are the
same, the planes of approximate symmetry will be coincident with
the longitudinal median plane of the boots.  The observation of
Bourdeau appears to be correct and is not disputed by
Okajima.  However, the argument is insufficient.  Bourdeau still
must demonstrate that it would have been obvious to one with
ordinary skill in the art to make snowboard boots whose front and
rear portions have the same width such that the points of contact
between the boots are in a plane that is parallel to the
longitudinal median plane of each boot.  The fact that boots of
such configuration can be made does not mean it would have been
obvious to one with ordinary skill in the art to make such boots.
Cf. In re Fritch, 972 F.2d 1260, 1266 n.14, 23 USPQ2d 1780, 1783-
84 n.14 (Fed. Cir. 1992) (The mere fact that the prior art may be
modified in the manner suggested by the examiner does not make
the modification obvious unless the prior art suggested the
desirability of the modification.).  The only boot of such
configuration identified by party Bourdeau is the boot shown in
Figure 10 of Okajima's specification.  However, Figure 10 of

- 19 -

Interference No. 104,193
Bourdeau v. Okajima

Okajima's specification does not constitute prior art.
Furthermore, it is evident that the symmetrical elliptical shapes
used in Figure 10 to illustrate the snowboard boots are mere
abstract representations rather than actual designs.

The statements in Okajima's opposition to Bourdeau's
preliminary motion 2 to the effect that snowboard boots generally
are not symmetrical and that the plane of approximate symmetry
usually will not be the same as the longitudinal median plane
(Paper No. 20 at page 3) are not clear admissions that snowboard
boots having front and rear sections with the same width would
have been obvious to one with ordinary skill in the art and thus
will not be regarded as such admissions.  In any event,
Bourdeau's motion does not demonstrate a prima facie entitlement
to relief.

The fact that Okajima's claims 18-20 would cover or read on
boots whose planes of approximate symmetry is the same as their
longitudinal median planes does not mean they would have been
rendered obvious by Bourdeau's claim 27.  A generic disclosure
does not always or automatically render obvious each and every
species embodiment falling within the genus.  The fact that a
claimed species or subgenus is encompassed by a prior art genus
is not sufficient by itself to establish a prima facie case of
obviousness.  In re Baird, 16 F.3d 380, 382, 29 USPQ2d 1550, 1552

- 20 -

Interference No. 104,193
Bourdeau v. Okajima

(Fed. Cir. 1994); In re Jones, 958 F.2d 347, 350, 21 USPQ2d 1941, 1943 (Fed. Cir. 1992); see also In re Deuel, 51 F.3d 1552, 1559, 34 USPQ2d 1210, 1215 (Fed. Cir. 1995).

For the foregoing reasons, Bourdeau's preliminary motion 2 is denied.

### Preliminary Statement

It is **ORDERED** that the preliminary statement of the parties shall be served to the opposing party within five (5) days of the date of this decision.

### Order to Show Cause

Okajima's preliminary statement indicates that in this interference Okajima shall rely on its filing date of June 18, 1996, for a showing of priority. However, party Bourdeau has now been accorded the benefit of the July 11, 1995, filing date of its priority French application 95.08587. Consequently, Okajima has not alleged a date of invention that is prior to Bourdeau's effective filing date of July 11, 1995. Therefore,

It is **ORDERED**, pursuant to 37 CFR § 1.640(d)(3), that judgment as to the subject matter of the count will be entered against party Okajima unless, within twenty (20) days of the date of this communication, Okajima shows good cause why judgment should not be so entered.

- 21 -

Interference No. 104,193
Bourdeau v. Okajima

It is **FURTHER ORDERED** that senior party Bourdeau shall have twenty (20) days from the date of this communication to indicate any and all issues decided by the administrative patent judge and adverse to party Bourdeau, for which it desires review in a final hearing before a panel of the Board.


Date: _10/19/99_


_Jameson Lee_
Jameson Lee
Administrative Patent Judge


- 22 -

Interference No. 104,193
Bourdeau v. Okajima


By Federal Express

Counsel for junior party Bourdeau

Michael J. Fink
Greenblum & Bernstein, P.L.C.
1941 Roland Clark Place
Reston, Va 20191

Counsel for senior party Okajima

James A. Deland
2010 Crow Canyon Place, Suite 100
San Ramon, California 94583-5611