IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HUMAN GENOME SCIENCES, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 07-780-SLR |
| ) | |
| AMGEN, INC. and IMMUNEX CORP., ) | |
| ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

At Wilmington this 9th day of May, 2008, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that defendants' motion to dismiss (D.I. 8) is granted.

_____
United States District Judge