IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HUMAN GENOME SCIENCES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMGEN INC. and IMMUNEX CORP., ) <br> ) <br> Defendants. ) | C.A. No. 07-780-SLR |

**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS
<u>FOR THE FEDERAL CIRCUIT</u>**

Plaintiff Human Genome Sciences, Inc. ("HGS") hereby appeals to the United States Court of Appeals for the Federal Circuit from the judgment entered in this case on May 12, 2008 (D.I. 28).

On May 23, 1998, HGS filed a motion pursuant to Del. Local Rule 7.1.5 and Fed. R. Civ. P. 59 seeking modification of the May 9, 2008 judgment. (D.I. 30). Pursuant to Fed. R. App. P. 4(a)(4)(B), this notice of appeal does not withdraw that motion: this notice of appeal shall become effective upon disposition of that motion (unless, of course, the disposition of that motion results in the absence of final judgment in this action).

ASHBY & GEDDES

/s/ *Lauren E. Maguire*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

*Attorneys for Plaintiff*
*Human Genome Sciences, Inc.*

*Of Counsel:*

Richard L. DeLucia
A. Antony Pfeffer
William G. James
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004-1050
Telephone: (212) 425-7200
Facsimile: (212) 425-5288

Dated June 6, 2008