# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2008-1418

HUMAN GENOME SCIENCES, INC.,

Plaintiff-Appellant,

v.

IMMUNEX CORPORATION
and AMGEN, INC.,

Defendants-Appellees.

Appeal from the United States District Court for the District of Delaware in case no. 07-CV-780, Judge Sue L. Robinson.

# ORDER

NOTE: This order is nonprecedential.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ORDER

On consideration of the notice of appeal filed on June 6, 2008, a motion of the type enumerated in Fed. R. App. P. 4(a)(4) has been filed in the U.S. District Court, District of Delaware rendering the notice of appeal ineffective, it is

ORDERED that the appeal be, and it hereby is, DEACTIVATED.

The appeal will be reactivated upon entry of the order disposing of the last such outstanding motion.

FOR THE COURT:

July 25, 2008

/s/ Jan Horbaly /kw

Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 5 2008

JAN HORBALY
CLERK

cc:   Clerk's Office, DCT
      Richard L. DeLucia
      Michael J. Wise

2008-1418, HUMAN GENOME V IMMUNEX
DCT - DE, 07-CV-780