IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HUMAN GENOME SCIENCES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-780-SLR |
| v. ) | |
| ) | |
| AMGEN INC. and IMMUNEX CORP., ) | |
| ) | |
| Defendants. ) | |

**AMENDED NOTICE OF APPEAL TO THE
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Plaintiff Human Genome Sciences, Inc. ("HGS") hereby amends its notice of appeal (D.I. 32) to the United States Court of Appeals for the Federal Circuit from the judgment entered in this case on May 12, 2008 (D.I. 28). On August 21, 2008, the Court denied (D.I. 37) HGS's motion for reconsideration (D.I. 30) of the May 12, 2008 judgment. HGS hereby amends its notice of appeal to include both the Court's May 12, 2008 judgment entered and the Court's August 21, 2008 denial of HGS's motion for reconsideration.

ASHBY & GEDDES

/s/ *Lauren E. Maguire*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

*Attorneys for Plaintiff
Human Genome Sciences, Inc.*

*Of Counsel:*

Richard L. DeLucia
A. Antony Pfeffer
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004-1050
Telephone: (212) 425-7200
Facsimile: (212) 425-5288

William G. James, II
Kenyon & Kenyon LLP
1500 K. Street, N.W., Suite 700
Washington, DC 20005-1257
Telephone: (202) 220-4200
Facsimile: (202) 220-4201

Dated: August 28, 2008