Form 22

**FORM 22. Transcript Purchase Order**

## United States Court of Appeals for the Federal Circuit

**HUMAN GENOME SCIENCES, INC.**   ) Appeal from   ☒ U.S. Discrict Court for District of Delaware
❑ Court of International Trade
❑ Claims Court

—VERSUS—   ) TRIAL COURT NO. 07-780-SLR

**AMGEN INC. and IMMUNEX CORP.**   ) CIRCUIT COURT NO. _____

TRANSCRIPT PURCHASE ORDER
(See Rules 10(b) and 11(b) of the Federal Rules of Appellate Procedure)

---

PART I - TO BE COMPLETED BY THE APPELLANT WITHIN 10 DAYS OF FILING OF NOTICE OF APPEAL.
When filing this form, distribute copies as follows: 3 copies to the court reporter; 1 copy to the Trial Court; 1 copy to the appellee; 1 copy retained by appellant.

A. Complete one of the following:
( ) A transcripts is not needed for the appeal
(✓) A transcript is already on file
( ) Request is hereby made to the reporter for a transcript of the following proceedings (give particulars):

Note: voir dire and closing arguments are not prepared unless specifically requested.

Note: Unless the entire transcript is ordered, appellant must attach a statement of the issues to Copies 4 and 5.

B. I certify that financial arrangements have been made with the reporter. Payment is by:
( ) Private Funds
( ) Government expense (civil case). A motion for transcript has been submitted to the trial judge.

SIGNED _____ DATE 6/11/08 COUNSEL FOR Plaintiff Human Genome Sciences, Inc.
ADDRESS ASHBY & GEDDES, 500 Delaware Avenue, 8th Floor, P.O. Box 1150, Wilmington, DE 19899
TELEPHONE (302) 654-1888

---

PART II - TO BE COMPLETED BY THE COURT REPORTER
2 copies retained by the reporter; 1 copy to be transmitted to the Court of Appeals on same date transcript order is received.
Date Purchase Order received: _____
Estimated completion date: _____
Estimated number of pages: _____
I certify that satisfactory financial arrangements have/have not (strike one) been completed with appellant for payment of the cost of the transcript.

Signature and Date
Telephone _____

---

PART III - NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE TRIAL COURT.
(To be completed by court reporter on date of filing transcript in Trial Court and this notification must be forwarded to Court of Appeals on the same date.)
This is to certify that the transcript has been completed. _____ volumes of transcript have been filed with the Trial Court today.

Date | Signature



133

**Appeal Documents**
1:07-cv-00780-SLR Human Genome Sciences Inc. v. Immunex Corp. et al **CASE CLOSED on 05/12/2008**
APPEAL, CLOSED, PATENT, PaperDocuments, VACANTJUDGESHIP

U.S. District Court

District of Delaware

**Notice of Electronic Filing**

The following transaction was entered by Maguire, Lauren on 6/11/2008 at 10:45 AM EDT and filed on 6/11/2008
**Case Name:**          Human Genome Sciences Inc. v. Immunex Corp. et al
**Case Number:**     1:07-cv-780
**Filer:**                       Human Genome Sciences Inc.
**WARNING: CASE CLOSED on 05/12/2008**
**Document Number:** 34

**Docket Text:**
**TRANSCRIPT REQUEST by Human Genome Sciences Inc. TRANSCRIPT NOT NEEDED (Maguire, Lauren)**


**1:07-cv-780 Notice has been electronically mailed to:**

John G. Day     jday@ashby-geddes.com, dfioravanti@ashby-geddes.com, lmaguire@ashby-geddes.com, mkipp@ashby-geddes.com, nlopez@ashby-geddes.com, rgamory@ashby-geddes.com, sbalick@ashby-geddes.com, tlydon@ashby-geddes.com

Melanie K. Sharp     msharp@ycst.com, asmit@ycst.com, mgassaway@ycst.com

**1:07-cv-780 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=6/11/2008] [FileNumber=581256-0]
[940c98a97264ca1b84dca17fd03f5b6045d5e09cd66749b153437f5c659ed36160f9
4f913f367152e5413d1061549c13396d3f88b65d0cf0b6c6239dd044c27c]]